UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BROTHERHOOD OF LOCOMOTIVE )
ENGINEERS AND TRAINMEN, )
)
Plaintiff, )
) Civil Action No. 05cv01188 (RWR)
v. )
)
NORFOLK SOUTHERN RAILWAY CO., and )
NORFOLK SOUTHERN CORP., )
)
Defendants. )
)

**[PROPOSED]**
**ORDER FOR PRELIMINARY INJUNCTIVE RELIEF**

This matter having come before the Court on the motion of Plaintiff Brotherhood of Locomotive Engineers and Trainmen for a preliminary injunction to enjoin the Defendants' policy prohibiting all union solicitation, recruitment and/or organizing by employees on the Defendants' property; the Court having fully considered the written submissions of the parties, and having heard their oral arguments; the Court now finds on the basis of the foregoing that the Defendants' policy unreasonably and unlawfully interferes with the right of its employees to organize and form a labor union, as guaranteed by Section 2, Third and Fourth of the RLA, 45 U.S.C. 152, Third and Fourth. The Court further finds that that the purposes and policies of the Railway Labor Act are and will continue to be undermined and defeated by Defendants' enforcement of its policy unless appropriate and immediate relief is granted during the pendency of this action; further, that there is a likelihood that Plaintiff's position in this case will be upheld on its merits; further, that the balance of hardships involved in this controversy tips in favor of

Plaintiff and the employees it represents; and that a full and adequate showing has been made in favor of the motion so as to require the issuance of a preliminary injunction.

THEREFORE, IT IS ORDERED that pending disposition of this case by final judgment, or until further Order of the Court, Defendants Norfolk Southern Railway Company and Norfolk Southern Corporation, their officers and agents, representatives, servants, employees, attorneys and all persons acting in concert or in participation with them are hereby restrained and enjoined from enforcing their policy prohibiting all union solicitation, recruitment and/or organizing activities on their property.

IT IS FURTHER ORDERED that Defendants conspicuously post copies of this injunctive order at each of the Defendants' facilities and locations in the United States, which are regularly frequented by operating craft employees, for a period of sixty (60) days.

Entered this ___ day of _____, 2005.

_____
United States District Judge

**PARTIES TO BE SERVED WITH ORDER**

Roland P. Wilder, Jr.
Joshua D. McInerney
Baptiste & Wilder, P.C.
1150 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036

NORFOLK SOUTHERN RAILWAY CO.,
Three Commercial Place
Norfolk, VA 23510

NORFOLK SOUTHERN CORP.
Three Commercial Place
Norfolk, VA 23510