AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Brotherhood of Locomotive Engineers and
Trainmen

**SUMMONS IN A CIVIL CASE**

V.

Norfolk Southern Railway Co., and
Norfolk Southern Corp.

CASE NUMBER  1:05CV01188

JUDGE: Richard W. Roberts

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 06/14/2005

TO: (Name and address of Defendant)

Norfolk Southern Railway Company
Three Commercial Place
Norfolk, VA 23510

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joshua D. McInerney
Baptiste & Wilder, P.C.
1150 Connecticut Ave., NW, Suite 500
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         JUN 14 2005

CLERK                              DATE

_signature_
(By) DEPUTY CLERK

2945

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 6-22-05 |
| NAME OF SERVER (PRINT) BARRY DRISKELL | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED ROGER PETERSON, REGISTERED AGENT FOR NORFOLK SOUTHERN RAILWAY CO.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-22-05        *Barry Driskell*
　　　　　　　　Date　　　　　Signature of Server

600 ARCHCOVE COURT
NORFOLK, VA. 23502
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Certificate of Service

Va Code 8.01-293, 8.01-320, 8.01-325

United States District Court

Case number **1:CV01188**

**Brotherhood of Locomotive Engineers and Trainmen**
Plaintiff/Petitioner

*In re/* Vs

**Norfolk Southern Railway Company**
Defendant/Respondent

Service Information: **Norfolk Southern Railway Company**
**3 Commercial Place, Norfolk, VA**
NAME AND ADDRESS OF PERSON/ENTITY BEING SERVED

Documents(s): **Summons & Complaint**

I, **Barry +Driskell** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed on **Wednesday, June 22, 2005, at 1:55 PM**
Date    Time

### MANNER OF SERVICE:

BEING UNABLE TO MAKE PERSONAL SERVICE A COPY WAS DELIVERED IN THE FOLLOWING MANNER:

**{XX} Substitute Service (Business)** - By leaving, during office hours, copies, at the person/entity being served, leaving same with person apparently in charge thereof.   **Roger Peterson, Registered Agent**
Name/Title

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was

executed on: **June 22, 2005** at **Norfolk, Virginia**
Date    City / State

State of **VIRGINIA,** City of **Norfolk**

*Signature of Process Server*

Subscribed and sworn before me, a notary public, this **June 22, 2005**

NOTARY PUBLIC

REF # **162944**

My Commission Expires:

**Driskell Services, Inc.**
600 Archcove Court
Norfolk, VA, 23502
(757) 461-4099

**March 31, 2006**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Brotherhood of Locomotive Engineers and Trainmen

**SUMMONS IN A CIVIL CASE**

V.

Norfolk Southern Railway Co., and
Norfolk Southern Corp.

CASE NUMBER 1:05CV01188

JUDGE: Richard W. Roberts

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 06/14/2005

TO: (Name and address of Defendant)

Norfolk Southern Corporation
Three Commercial Place
Norfolk, VA 23510

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joshua D. McInerney
Baptiste & Wilder, P.C.
1150 Connecticut Ave., NW, Suite 500
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUN 14 2005
CLERK                              DATE

_(signature)_
(By) DEPUTY CLERK

2944

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 6-22-05 |
| NAME OF SERVER (PRINT) BARRY DRISKELL | TITLE | PROCESS SERVER |
| *Check one box below to indicate appropriate method of service* | | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED ROGER PETERSON, REGISTERED AGENT FOR NORFOLK SOUTHERN CORPORATION

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6-22-05
              Date            *Signature of Server*

600 ARCHCOVE COURT
NORFOLK, VA. 23502
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Certificate of Service
Va Code 8.01-293, 8.01-320, 8.01-325

United States District Court

Case number **1:CV01188**

**Brotherhood of Locomotive Engineers and Trainmen**
Plaintiff/Petitioner

*In re/* Vs

**Norfolk Southern Corporation**
Defendant/Respondent

Service Information: **Norfolk Southern Corporation**
**3 Commercial Place, Norfolk, VA**
NAME AND ADDRESS OF PERSON/ENTITY BEING SERVED

Documents(s): **Summons & Complaint**

I, **Barry +Driskell** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed on **Wednesday, June 22, 2005**, at **1:55 PM**
    Date    Time

### MANNER OF SERVICE:

BEING UNABLE TO MAKE PERSONAL SERVICE A COPY WAS DELIVERED IN THE FOLLOWING MANNER:

**{XX} Substitute Service (Business)** - By leaving, during office hours, copies, at the person/entity being served, leaving same with person apparently in charge thereof.    **Roger Peterson, Registered Agent**
    Name/Title

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on: **June 22, 2005** at **Norfolk, Virginia**
    Date    City / State

State of **VIRGINIA,** City of **Norfolk**

_Signature of Process Server_

Subscribed and sworn before me, a notary public, this **June 22, 2005**

NOTARY PUBLIC

REF # **162945**

My Commission Expires:

**March 31, 2006**

**Driskell Services, Inc.**
600 Archcove Court
Norfolk, VA, 23502
(757) 461-4099