H. R. Mobley
Assistant Vice President
Labor Relations
(757) 629-2426

March 9, 2005

RL-1

Mr. W. E. Knight, General Chairman
Brotherhood of Locomotive Engineers
    and Trainmen
P. O. Box 279, South Street
Wheelersburg, Ohio 45694

Mr. R. C. Wallace, General Chairman
Brotherhood of Locomotive Engineers
    and Trainmen
P. O. Box 16039
Asheville, North Carolina 28816

Mr. P. E. Emart, General Chairman
United Transportation Union
427 West Broadway Avenue
Maryville, Tennessee 37801

Mr. L. P. King, Jr., General Chairman
United Transportation Union
145 West Campbell Avenue, Suite 207
Roanoke, Virginia 24011

Mr. R. H. Linsey, General Chairman
Brotherhood of Locomotive Engineers
    and Trainmen
1807 Elmwood Avenue, Suite 116
Buffalo, New York 14207

Mr. B. S. Daniel, General Chairman
United Transportation Union
P. O. Box 530
Gordon, Georgia 31031

Mr. I. A. Houk, General Chairman
United Transportation Union
2823 Williamson Road, Suite 5
Roanoke, Virginia 24012

Mr. D. G. Strunk, Jr., General Chairman
United Transportation Union
817 Kilbourne Street
Bellevue, Ohio 44811

Gentlemen:

This is in regard to the ongoing recruitment efforts by the Brotherhood of Locomotive Engineers and Trainmen (BLET) and the United Transportation Union (UTU).

As you know, Norfolk Southern (NS) has, as required by the Railway Labor Act, maintained a policy of strict neutrality in connection with inter-union representation activities. NS will not interfere in any way with legitimate activities by unions and will remain absolutely neutral with respect to such matters.

The Railway Labor Act provides that employees have the right to decide whether to be represented for purposes of collective bargaining, and, if so, by whom. Railroad officials may not interfere in any way with employees' rights to choose to have (or not to have) a labor organization represent them.

Mr. W. E. Knight, et al
March 9, 2005
RL-1
Page 2

Norfolk Southern fully acknowledges the right of employees to organize and bargain collectively through a representative of their choosing, and the railroad will in no way deny, question or interfere with the rights of its employees to join, organize or assist in organizing the labor organization of their choice.

Further, consistent with the provisions of the Railway Labor Act and the practice on this property, union activities in the work place by agreement employees and their representatives have been limited to handling claims, grievances, disciplinary investigations and maintenance of a bulletin board to communicate routine, non-controversial matters with those you represent to the extent necessary, and not to interfere with safety or the efficiency of the work operations. Recruitment and/or organizing among agreement employees on the private property of NS falls outside our established practice, and will not be permitted.

We trust our relationship will continue to exhibit the cooperation and understanding in the future that has helped make Norfolk Southern a safe and successful railroad. We thank you in advance for your assistance in this matter.

/s/ H. R. Mobley