SUBJECT:   Union Organizing Activity

Norfolk, VA – March 10, 2005

Bob Bartle
Greg Comstock
Wayne Mason

This refers to the ongoing recruitment efforts by the Brotherhood of Locomotive Engineers and Trainmen (BLET) and the United Transportation Union (UTU).

As you know, Norfolk Southern has, as required by the Railway Labor Act, maintained a policy of strict neutrality in connection with inter-union representation activities. NS should not interfere in any way with legitimate activities by unions and should remain absolutely neutral with respect to such matters. Officers should not encourage, participate in, or allow recruitment activities to occur in the work place. Officers should not interfere with, influence, or coerce employees in their choice of representative and should take care to avoid even the appearance that they may be doing so.

The Railway Labor Act provides that employees have the right to decide whether to be represented for purposes of collective bargaining, and, if so, by whom. Railroad officials may not interfere in any way with employees' rights to choose to have (or not to have) a labor organization represent them. The Railway Labor Act provides in part:

> Employees shall have the right to organize and bargain collectively through representatives of their own choosing... No carrier, its officers, or agents shall deny or in any way question the right of its employees to join, organize, or assist in organizing the labor organization of their choice, and it shall be unlawful for any carrier to interfere in any way with the organization of its employees, ...or to influence or coerce employees in an effort to induce them to join or remain or not join or remain members of any labor organization...

In light of the above, Norfolk Southern managers and officials should not:

- reprimand or take any coercive action against an employee for support or non-support of any labor organization,
- undertake any polling or interrogation of employees concerning their support for any labor organization or concerning activities the employee might have engaged in with regard to a union organizing campaign,
- promise any benefit or denial of benefits for support or non-support of a labor organization, or
- favor one labor organization over another.

Bob Bartle, et al.
March 10, 2005
Page 2

Employees paid (company business) to do safety or training duties should be cautioned against organizing (recruiting) while so engaged on NS property. Requests by union representatives to conduct on-the-property organizing should be responded to after consultation with Labor Relations and Law, and along the following lines:

> Regarding your request for you or others to conduct labor-organizing activities on railroad property, I must advise you that this will not be permitted. Union activities on the property are limited to handling claims, grievances, investigations, and the maintenance of a bulletin board to communicate on routine, non-controversial matters with those you represent, so long as it does not interfere with work or safety. The activities you proposed would fall outside this practice, and accordingly, your request is denied. Please be advised that the above practice is applied even-handedly to all unions.

Labor Relations and Law should be consulted on any occurrences involving union-organizing activity and, if possible, prior to taking any action.

Mark Manion

cc: Mark MacMahon
    Harold Mobley
    Division Superintendents