

Norfolk Southern Corporation
7208 Old Rutledge Pike
Post Office Box 14820
Knoxville, Tennessee  37914-1820

Paul E. Gibson, Jr.
Superintendent
Central Division
865/521-1400

May 4, 2005

## SUPERINTENDENT'S NOTICE

ALL CONCERNED – CENTRAL DIVISION:

Solicitation of any type, including recruitment and/or union organizing among agreement employees, is prohibited on the private property of NS. Union activities in the work place by agreement employees and their representatives are limited to handling claims and grievances, disciplinary investigations and maintenance of a bulletin board to communicate routine and non-controversial matters, to the extent necessary, and not to interfere with safety or the efficiency of the work operations. All operating employees should be governed accordingly.

P. E. Gibson, Jr.
Division Superintendent

Operating Subsidiary: Norfolk Southern Railway Company