EXHIBIT 4



FILE: P-FILE
LOG: APR156FS

June 27, 2005

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

T. J. Curran, Engineer 0766201  (7004 1350 0005 7821 6029)
1766 Eggert Road
Amherst, NY  14226-2351

T. J. Curran:

Reference the investigation held on Monday, June 20, 2005 in the Superintendent's Conference Room, 300 Kennedy Road, Cheektowaga, NY 14227, to determine the facts and place your responsibility, if any, in connection with:

*Your improper use of corporate assets when you used the NS MEMO system to distribute union organizing information, compromising Norfolk Southern's policy of strict neutrality in connection with inter-union representation activities at approximately 10:19 PM, April 14, 2005; and violating previous instructions issued by Superintendent of Terminals J. L. Moore not to engage in union organizing activity in the workplace.*

The evidence adduced in this investigation clearly proved your responsibility in connection with the above charges; therefore, you are assessed fifteen (15) days deferred suspension.

M. D. Gooden
Terminal Superintendent

800 River Drive
Allentown, PA  18109

Enclosure

cc:   J. W. Hall
      M. L. Wilson
      R. H. Linsey – BLET General Chairman

Operating Subsidiary: Norfolk Southern Railway Company