EXHIBIT 5

Roanoke, VA – March 24, 2005

**CERTIFIED MAIL 7004 1350 0002 2639 1337**
**RETURN RECEIPT REQUESTED**

Mr. G. A. Myers
3314 Chestnut Mountain
Vinton, Virginia 24179-1706

Dear Mr. Myers:

Reference our conversation on March 21, 2005, concerning a complaint from Conductor Poindexter involving an allegation of unwelcome discussion regarding choice of a representative that occurred on the property.

After receiving this complaint, I interviewed you and Conductor Poindexter separately. In short, you admitted that you questioned Conductor Poindexter concerning which union he would support should a representation election occur on Norfolk Southern. Conductor Poindexter indicated that he took exception to being questioned in this manner while at work.

You are cautioned that you must not engage in such organizing activity on Norfolk Southern property. I have attached a letter from H. R. Mobley, Assistant Vice President Labor Relations, addressed to all BLET and UTU general chairmen outlining Norfolk Southern's policy with regard to organizing activity on the property. That advice is equally applicable to all unions. If you have any questions concerning this letter or our discussion, please feel free to contact me.

Very truly yours,

*Chad Hitt*
Chad Hitt
Trainmaster

Attachment

cc: W. E. Knight