## NOTICE OF INVESTIGATION

June 8, 2005

FILE: P-File
LOG: JUN012A4

### DHL EXPRESS – SIGNATURE REQUIRED
### CERTIFIED MAIL – RETURN RECEIPT REQUESTED

\*\*\*REDACTED\*\*\*


\*\*\*REDACTED\*\*\*

Pursuant to your Collective Bargaining Agreement, arrange to attend a formal investigation at 1:00 PM, June 10, 2005, to be held in the Superintendent's Conference Room, 300 Kennedy Road, Cheektowaga, NY 14227.

The purpose of this investigation is to determine the facts and place your responsibility, if any, in connection with:

*Your improper use of corporate assets when you used the NS MEMO system for other than business purposes to distribute union organizing information, compromising Norfolk Southern's policy of strict neutrality in connection with inter-union representation activities, at approximately 9:45 AM, April 9, 2005 and 10:11 PM May 28, 2005.*

At this investigation, you will have the right to be represented by an employee or an organization representative of your own choosing. A duplicate copy of this notice is enclosed for your representative. You and/or your representative will have the right to introduce witnesses in your behalf, to hear all testimony introduced, and to question all witnesses. If you desire any other witnesses who may provide material facts, please furnish names as soon as possible.


J. L. Moore
Superintendent of Terminals

300 Kennedy Road
Cheektowaga, NY 14227

Carrier intends the following witnesses to be in attendance (other witnesses may be called):
J. L. Moore

Enclosure