M. R. MacMahon<br>
Vice President<br>
Labor Relations<br>
(757) 629-2615

June 8, 2005

RL-102-X

Mr. P. C. Thompson, International President
United Transportation Union
14600 Detroit Avenue
Cleveland, Ohio 44107

Dear. Mr. Thompson:

This responds to your letters dated June 1 and June 7, 2005 advising of several reports you received where it was alleged that employees had violated the NS instructions which proscribe solicitation of any type, including recruitment and/or union organizing, on the private property of NS.

We have investigated the four instances reported in your two letters. In two of the incidents, where there had been no previous violation of the instructions by the involved employees, each was given a warning. In a third instance, our investigation did not establish a violation of the instructions, but we nevertheless cautioned the involved employee. In the fourth instance, the involved employee has been charged with violating the instructions and a disciplinary hearing is pending. The specific results of our investigation and handling is outlined below:

- BLET Local Chairman J. B. Sparks, when questioned by his supervisor, acknowledged speaking with the trainman. The supervisor warned him that such behavior violated the Superintendent's notice which prohibits recruitment and/or organizing on company property. Local Chairman Sparks responded that he understood the superintendent's notice and, in the future, would comply with its directives. The supervisor confirmed that discussion in a letter.

- The incident at the Princeton crew room had already been handled prior to receipt of your letter. Conductor Peach has acknowledged his conversation with Conductor Blackburn and has conveyed his understanding that his actions were in violation of Company policy. Also, the BLET Local Chairman has been contacted regarding this incident and he has pledged to reinforce to his membership that these solicitation and organizing activities will not be permitted on Company property.

- Transportation officers discussed the May 27, 2005 letter you provided to my office with Mr. A. V. Murdock. He indicated that the May 27 letter, along with the BLET membership application form, were mailed to employees' home addresses and were not distributed on NS property. Nevertheless, Mr. Murdock was cautioned by our

Mr. Page Thompson
June 8, 2005
RL-102X
Page 2

supervisors that organizing activities on NS property are prohibited and that he should not engage in any organizing or representation activities on the private property of NS.

- BLET Local Chairman T. J. Curran has been charged with violating the Company instructions prohibiting union organizing activity on the private property of NS. The disciplinary investigation is currently scheduled for June 10, 2005.

Very truly yours,

/s/ M. R. MacMahon  6/8

FILE COPY