**PAUL C. THOMPSON**
International President

**R. L. MARCEAU**
Assistant President

**DAN E. JOHNSON**
General Secretary and Treasurer

# united transportation union



14600 DETROIT AVENUE
CLEVELAND, OHIO 44107-4250
PHONE: 216-228-9400
FAX: 216-228-5755
www.utu.org

June 1, 2005

<u>Sent via Fax - E Mail - US Mail</u>
(757) 629-2777
mark.macmahon@nscorp.com

RECEIVED
JUN - 3 2005
VP LABOR RELATIONS
NORFOLK SOUTHERN CORP.

Mr. Mark R. MacMahon
Vice President – Labor Relations
Three Commercial Place
Norfolk, VA 23510-0201

Dear Sir:

The Norfolk Southern recognized it responsibilities pursuant to Sections 2 Third and Fourth of the Railway Labor Act and on or about May 4, 2005 and issued instructions to all operating employees that, "solicitations of any type, including recruitment and/or union organizing among agreement employees, is prohibited on the private property of NS."

Attached find copy of BLET letter dated May 27, 2005 and BLET Membership Application and BLET Authorization and Request for a Representation Election which is being distributed on NS property in New York and Northeastern Pennsylvania by Alex Murdock.

Also enclosed is copy of letter dated May 31, 2005 over the signature of NS Trainman R. J. Kahle advising that when reporting for duty at NS Bison Yard in Buffalo, NY- BLE Local Chairperson Tom Curran approached Trainman Kahle to sign an "A-Card".

Additionally, enclosed is copy of an e-mail received from UTU General Chairperson Houk advising that Trainman D. S. Taylor was approached at the roundhouse in Winston-Salem Yard to sign an "A-Card".

Each instance is in violation of the Carrier's May 4, 2005 instructions.

Please advise what immediate action will be taken to stop the solicitation on NS property.

Paul C. Thompson

International President
United Transportation Union

cc: R. L. Marceau, Assistant President
D. L. Hakey, Vice President-Administration

ATTN: Dora Wolf

I spoke with Jerry and was asked to send this letter to you. Mr Murdock has been handing this letter out in NY and NE PENNS. while on duty.

Bob Hagen

Cover Page Plus 1



# BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN

A Division of the Rail Conference of the
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

May 27, 2005

Trainman Brothers;

The "A" card is here. I just want to cover a few practical matters.

The A cards are the BLET's petition to the National Mediation Board to hold an election for representation on the Norfolk Southern property. There are approximately 8000 trainmen on the NS. We have to have least half that number in signed A cards from trainmen saying they want to switch or the NMB won't consider our petition. Obviously we expect to do much better than that. All trainmen and ACTs are eligible to sign. Set-back engineers can sign if the majority of their earnings the previous 12 months were in train service. The signing and collection will be confidential and off company.

We will sponsor town hall meetings on June 22 at 1:00pm in Gang Mills (Best Western) and 7:00pm in Binghamton (Holiday Inn). BLET officials will be present. Any questions you have will be answered truthfully. You can also call me with questions. My cell number is 227-2588. Also there will be fresh material posted on our bullitin boards responding to UTU claims.

NMB Election If the number of cards we get is favorable we will submit them to the NMB for an election. A postcard will be sent to your house with a PIN number. You call an 800 number, submit your name, employee id, PIN, and vote yes or no. Again, completely confidential. As I said there are 8000 trainmen on the NS. If the NMB does not receive at least half that number of votes (pro or con) trainmen will be without a contract for 2 years. So its important that you vote. Turnout is always high for these things but we have to be sure. To emphasize: we only need to win a majority of those voting to be successful, as long as the total ballots meet the halfway threshhold. Please vote regardless how you feel - it's your future.

If we win that means we hold both contracts on the NS. You can still belong to the UTU but they can't interpret the contract. Because there is no exclusive representation on the NS the UTU can represent you at hearings and file your claims, just like the BLET does with trainmen now. If we win, the BLET will send out referendum ballots to all trainmen asking if they want to organize their own locals. If the result is yes then trainmen will organize their own locals and general committees within the BLET stucture. UTU engineers that come with us will join our existing locals.

We are doing this because the agitation between the unions has gotten so bad that the status quo is unacceptable. There are a lot of unhappy post-85 trainmen in many terminals. When the BLET dropped trainmen dues over a year ago we got a flood of new members (over 2000 on NS). In response the UTU signed the Letter of Intent creating seniority maintenance on all Class 1s. We deeply discounted dues for the trainmen but decided on an election. Another main reason was to put a stop to pattern bargaining where the UTU's concessions to the carriers put pressure on the BLET to follow suit. The latest step back - trip rates - was the worst of all. Anecdotal evidence shows that trainmen across the board have lost earnings as a result.

The proof is in the contract Forget for a moment what either union has to say over the course of events. The final word in is in the contracts. The UTU's historical bargaining posture has been to sell out future hires to win concessions for men on the roster. Thus we have the productivity fund ('85 contract), step rates ('93) and now trip rates ('02). A pre-85 conductor will earn $12,000 or more than a post-85 man for the same work. BLET contracts negotiate the same benefits for present and future engineers. The profitsharing bonus (15% for 2004 and 12.4% for 2003) has been a huge boost for all of us. We want to negotiate that for you. I am merely stating facts: the proof is in the contract.

You will be approached soon with an A card. If you want to wait to attend the town hall meeting before making up your mind please do so. Keep an open mind.

Alex Murdock



# Brotherhood of Locomotive Engineers and Trainmen
*A Division of the Rail Conference of the, International Brotherhood of Teamsters*

## OFFICIAL APPLICATION FOR MEMBERSHIP
### Will not be processed until representation election is successfully completed!

To Secretary-Treasurer—BLET Division _____

I hereby apply for membership/reinstatement in the Brotherhood of Locomotive Engineers and Trainmen.

My name is: _____

Address: _____

Railroad: _____

Date of Birth (Month, Day, Year): _____  Social Security Number: _____

I was formerly a member of BLET Division: _____ (Leave blank if not applicable)

I am (check one only): Locomotive Engineer ☐  Trainmen ☐  Other ☐ (please specify): _____

I am making this application for membership because I believe that the BLET is my best bet for a secure and well paid future in railroad service, and I will cooperate with my fellow members to achieve these goals.

I wish to be included in the BLET-PAC: Yes _____ No _____ Amount: $ _____

Application to be effective (Month, Day, Year): _____

Applicant's Signature: _____

Applicant's Phone Number: _____  E-mail Address: _____

Forwarded to National Division office by: _____

Division No. _____    _____
                                 *Secretary-Treasurer's Signature*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Brotherhood of Locomotive Engineers and Trainmen
*A Division of the Rail Conference of the International Brotherhood of Teamsters*

#### AUTHORIZATION AND REQUEST FOR A REPRESENTATION ELECTION UNDER THE RAILWAY LABOR ACT

I hereby authorize the Brotherhood of Locomotive Engineers and Trainmen to request the National Mediation Board to conduct an investigation and a representation election and to represent me for all purposes under the Railway Labor Act with regard to: (1) collective bargaining over rules, rates of pay and working conditions; (2) grievance handling; and (3) protection of my rights under Section 2, Third and Fourth of the Act.

Name (Please Print) _____    Employee No. _____

Address: _____
Street           City

Telephone No. _____    Company or Employer _____    State _____  Zip Code _____
                                                         Job Title _____

Signature _____    Date: _____

31 MAY 05

To Whom It May Concern:

This is to advise that when I went to work in Buffalo NY, NS Bison yard office, at 0215 on 28 May 05 I was approached by BLE local chairman Tom Curran to sign an 'A Card.'

RJ Kahle

**vid Hakey**

**From:** jim houk [jahouk@roanokemail.com]
**Sent:** Wednesday, June 01, 2005 8:30 AM
**To:** David Hakey; President
**Cc:** royutu1@msn.com
**Subject:** BLET Recruiting

Reference letter Dated May 20, 2005, from President Paul Thompson regarding BLET on property recruitment.

I received a phone call from Mr. D. S. Taylor a Winston-Salem Yard Brakeman whose UTU application I had just received last week in the mail. I had called Mr. Taylor Friday May 27, 2005 and discussed various issues with him including A-Cards. When he called yesterday, he said you were right the BLET guy contacted me yesterday (Monday May 30) After assuring me that he had not signed an A-Card I asked him if the BLET Officer had come to his house or had he called him. Mr. Taylor said that the BLET Officer (Local Chairman Sparks) was at the Roundhouse when he asked Mr. Taylor if he wanted to sign an A-Card. He said another train service employee was there (he did not give a name) and that this other employee did sign the A-Card. He said LC Sparks spoke to him about past UTU Presidents being in prison, and why he wasn't at 100% pay.    Jim Houk General Chairman GO-679