# united transportation union

PAUL C. THOMPSON
International President

RICK L. MARCEAU
Assistant President

DAN E. JOHNSON
General Secretary and Treasurer



14600 DETROIT AVENUE
CLEVELAND, OHIO 44107-4250
PHONE: 216-228-9400
FAX: 216-228-5755
www.utu.org

June 7, 2005

Sent via Fax – E Mail – U.S. Mail
(757) 629-2777
mark.macmahon@nscorp.com

Mr. Mark McMahon
Vice President Labor Relations
Three Commercial Place
Norfolk, VA 23510-0201

RECEIVED JUN - 9 2005
VP LABOR RELATIONS
NORFOLK SOUTHERN CORP

Re: BLET Solicitation on NS Property

Dear Sir:

This is to follow up on a recent conversation between yourself and Vice President David Hakey regarding BLET members approaching conductors and trainmen on the property about signing A-cards.

This office continues to receive reports that BLET officers and members continue their solicitation of membership applications and authorization cards on Norfolk Southern property.

One report received was that BLET Vice President Wingo advised BLET members and officers that it was permissible to solicit signatures for authorization cards on the property.

Enclosed is a notarized statement from Jerry Blackburn where BLET member John Peach, who was on duty and under pay by the Norfolk Southern, solicited Jerry Blackburn to sign an authorization card on June 2, 2005 at 2:50 AM in the Princeton crew room.

While I understand and appreciate the Carrier's no-solicitation rules, they are no good if they are not enforced. Further, your statement that BLET members violating the policy would be warned, but not disciplined because "they are our employees" may not be enough for the Carrier to comply with the provisions of the Act prohibiting Carrier aid to an organization. I understand the Carrier makes the rules governing its employees' conduct generally, but the Carrier must also comply with the law. Your apparent refusal to do no more than warn may amount to sanctioning the conduct because it may amount to a wink and a nod to BLET that the Carrier will permit on-property solicitation. I think that might violate the law, and unless I receive assurances from you that the Carrier will actually enforce its rule, I will ask our Legal Department to review the Carrier's conduct in light of its legal obligations.

Please advise.

Sincerely yours,

Paul C. Thompson
International President

cc:   R. L. Marceau, Assistant President
      D. L. Hakey, Vice President-Administration
      Clinton J. Miller III, UTU General Counsel

I Jerry Blackburn was approached by John Peach while both of us were on duty at 2:50A.M.,on June 2,2005 at Princeton, in. crew room.

At this time Mr. Peach solicited my signature for an A card vote for BLET representation, at this time I declined. Mr. Peach tried to explain to me that I was not making a very smart choice and continued for a yes or no signature vote on the matter, at this time I had been harassed enough said no thanks and exited the building.

Sincerely
Jerry Blackburn
*/s/ Jerry Blackburn/*
witness: */s/*
notary:

*/s/ Cheryl Sweeney/*
Cheryl Sweeney

THIS IS A TRUE COPY OF THE ORIGINAL. MY COMMISSION EXPIRES 4/29/2009. COMMISSION #498068. I RESIDE IN GIBSON CO. IN