IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN,<br><br>*Plaintiff,*<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY CO. and NORFOLK SOUTHERN CORP.,<br><br>*Defendants.* | Civil Action No. 1:05CV01188<br>Judge Richard W. Roberts |

### ORDER

This matter having come before the Court upon the Application For Preliminary Injunctive Relief filed by plaintiff Brotherhood of Locomotive Engineers and Trainmen, and the Court having considered the arguments of counsel, applicable principles of law, the testimony of witnesses, and all other materials of record;

IT IS HEREBY ORDERED that the Application For Preliminary Injunctive Relief be, and the same hereby is, denied.

Entered this ___ day of _____, 2005.

_____
United States District Judge

Serve:

Ronald P. Wilder
Joshua D. McInerney
BAPTISE & WILDER, P.C.
1150 Connecticut Avenue, N.W., Ste 500
Washington, D.C. 20036

Jeffrey S. Berlin
SIDLEY, AUSTIN, BROWN & WOOD LLP
1501 K Street, NW
Washington, D.C. 20005