IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN,<br><br>*Plaintiff,*<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY CO. and NORFOLK SOUTHERN CORP.,<br><br>*Defendants.* | Civil Action No. 1:05CV01188<br>Judge Richard W. Roberts |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of June, 2005 caused copies of (1) Defendants' Statement of Points and Authorities in Opposition to Plaintiff's Application for Preliminary Injunction, (2) Declaration of Harold R. Mobley, and (3) proposed Order to be served, by hand, upon the following:

Roland P. Wilder, Jr.
Joshua D. McInerney
Baptiste & Wilder, P.C.
1150 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20036

                                                                    /s/ Jeffrey S. Berlin
Jeffrey S. Berlin (D.C. Bar #200048)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8178
jberlin@sidley.com

*Attorney for Defendants Norfolk Southern Railway Company and Norfolk Southern Corporation*

June 29, 2005