IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN,<br><br>    *Plaintiff,*<br>v.<br><br>NORFOLK SOUTHERN RAILWAY CO. and NORFOLK SOUTHERN CORP.,<br><br>    *Defendants.* | Civil Action No. 1:05CV01188<br>Judge Richard W. Roberts |

### CERTIFICATE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS REQUIRED BY LCvR 7.1

The following certification is made pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for defendants Norfolk Southern Railway Company and Norfolk Southern Corporation, certify that to the best of my knowledge, information and belief, the following are the parent companies, subsidiaries or affiliates of defendants which have any outstanding securities in the hands of the public:

The common stock of defendant Norfolk Southern Railway Company is wholly-owned by defendant Norfolk Southern Corporation, which is a publicly held company.

The following are the trusts, subsidiaries, or affiliates of Norfolk Southern Railway Company that have issued stock or debt securities to the public:

  High Point, Randleman, Asheboro and Southern Railroad Company
  Mobile and Birmingham Railroad Company
  North Carolina Midland Railroad Company
  South Western Railroad Company
  State University Railroad Company

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

_____
Jeffrey S. Berlin (D.C. Bar #200048)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8178
jberlin@sidley.com

*Attorney of Record for Defendants Norfolk Southern Railway Company and Norfolk Southern Corporation*

June 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of June, 2005 caused a copy of "Certificate of Corporate Affiliations and Financial Interests Required By LCvR 7.1" to be served, by hand, upon the following:

>Roland P. Wilder, Jr.
>Joshua D. McInerney
>Baptiste & Wilder, P.C.
>1150 Connecticut Avenue, N.W., Suite 500
>Washington, D.C. 20036

_____
Jeffrey S. Berlin (D.C. Bar #200048)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8178
jberlin@sidley.com

*Attorney for Defendants Norfolk Southern Railway Company and Norfolk Southern Corporation*

June 29, 2005