IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN,<br><br>          *Plaintiff,*<br>v.<br><br>NORFOLK SOUTHERN RAILWAY CO. and NORFOLK SOUTHERN CORP.,<br><br>          *Defendants.* | Civil Action No. 1:05CV01188<br>Judge Richard W. Roberts |

## NOTICE OF APPEARANCE

The undersigned hereby enters his appearance as counsel for defendants Norfolk Southern Railway Company and Norfolk Southern Corporation. The undersigned will act as lead counsel for defendants in this civil action.

Respectfully submitted,

*/s/ Jeffrey S. Berlin*

Jeffrey S. Berlin (D.C. Bar #200048)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8178
jberlin@sidley.com

June 29, 2005