IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, ) ) ) ) *Plaintiff,* ) ) v. ) ) NORFOLK SOUTHERN RAILWAY CO. ) and NORFOLK SOUTHERN CORP., ) ) ) *Defendants.* ) ) | Civil Action No. 1:05CV01188 Judge Richard W. Roberts |

## NOTICE OF APPEARANCE

The undersigned hereby enters his appearance as counsel for defendants Norfolk Southern Railway Company and Norfolk Southern Corporation.

Respectfully submitted,

_____
Mark E. Martin (D.C. Bar #373445)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8372
mmartin@sidley.com

June 29, 2005