UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, 1370 Ontario Street, Mezzanine, Cleveland, Ohio 44113,<br><br>Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY CO. Three Commercial Place, Norfolk, VA 23510,<br><br>and<br><br>NORFOLK SOUTHERN CORP. Three Commercial Place, Norfolk, VA 23510,<br><br>Defendants. | CASE NUMBER 1:05CV01188<br><br>JUDGE: Richard W. Roberts<br><br>DECK TYPE: TRO/Preliminary Injunction<br><br>DATE STAMP: 06/14/2005 |

### UNITED TRANSPORTATION UNION'S MOTION TO INTERVENE

United Transportation Union ("UTU") respectfully moves the Court to intervene in this proceeding pursuant to Fed. R. Civ. P. 24(a)(2) or alternatively, 24(b). UTU is presently involved in an organizational campaign in which the Plaintiff Brotherhood of Locomotive Engineers ("BLET") is trying to organize the craft or class of conductors and trainmen on the property of Defendant Norfolk Southern Railway ("NS"). UTU presently represents these employees, and BLE has been asking UTU-represented trainmen on NS to sign authorization cards in order to establish a showing of interest to initiate a representation proceeding under the National Mediation Board's regulations. BLET filed a complaint regarding NS's no-solicitation policy on the property with respect to this campaign. The memorandum in support accompanying this

notice sets forth UTU's position more fully. UTU has also filed an answer and cross-claim in accordance with Rule 24 herewith.

                                              Respectfully submitted,

/s/ Clinton J. Miller
Clinton J. Miller, III (D.C. Bar No. 355602)
General Counsel
Daniel R. Elliott, III
Associate General Counsel
United Transportation Union
14600 Detroit Avenue
Cleveland, Ohio 44107-4250
Tel: (216) 228-9400
Fax: (216) 228-0937

/s/ Joseph Guerrieri, Jr.
Joseph Guerrieri, Jr.
Guerrieri, Edmond, Clayman & Bartos, P.C.
1625 Massachusetts Avenue, N.W., Ste. 700
Washington, DC 20036-2243
Tel: (202) 624-7400
Fax: (202) 624-7420

Attorneys for Applicant for Intervention
United Transportation Union

## **CERTIFICATE OF SERVICE**

    This is to certify that copies of the foregoing United Transportation Union's Motion to Intervene, United Transportation Union's Memorandum in Support of Motion to Intervene, and Defendant Cross-Claim Plaintiff United Transportation Union's Answer and Cross-Claim, have been served this 29th day of June, 2005 via first-class, postage pre-paid mail, upon the following:

        Ralph J. Moore, Jr., Esquire
        Morgan, Lewis & Bockius LLP
        1111 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        (202) 739-5137
        Fax: (202) 739-3001

        Joshua D. McInerney
        Roland P. Wilder, Jr.
        Baptiste & Wilder, P.C.
        1150 Connecticut Ave., N.W., Suite 500
        Washington, D.C. 20036
        (202) 223-0723
        Fax: (202) 223-9677

                      */s/ Joseph Guerrieri, Jr.*
                      Joseph Guerrieri, Jr.