# United States District Court
# For the District of Columbia

Brotherhood of Locomotive Engineers
and Trainmen,                                )
        Plaintiff(s)              )        **APPEARANCE**
                                  )
                 vs.              )        CASE NUMBER     1:05CV01188
Norfolk Southern Railway Co. and Norfolk )
Southern Corp.,                              )
        Defendant(s)             )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Joseph Guerrieri, Jr.  as counsel in this
                              (Attorney's Name)

case for:  United Transportation Union
                 (Name of party or parties)

June 29, 2005
Date

/s/ Joseph Guerrieri
Signature

Joseph Guerrieri, Jr.
Print Name

1625 Massachusetts Ave., NW Suite 700
Address

Washington, DC                20036-2243
City          State            Zip Code

(202) 624-7400
Phone Number

D.C. Bar No. 165555
BAR IDENTIFICATION