AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Brotherhood of Locomotive Engineers
and Trainmen,                          )
        Plaintiff(s)           )  **APPEARANCE**
                               )
               vs.             )  CASE NUMBER   1:05CV01188
Norfolk Southern Railway Co. and Norfolk )
Southern Corp.,                        )
        Defendant(s)           )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Soye Kim__ as counsel in this
              (Attorney's Name)

case for: __United Transportation Union__
       (Name of party or parties)

June 29, 2005
Date

*/s/ Soye Kim*
Signature

Soye Kim
Print Name

D.C. Bar No. 471941
BAR IDENTIFICATION

1625 Massachusetts Ave., NW Suite 700
Address

Washington, DC        20036-2243
City      State       Zip Code

(202) 624-7400
Phone Number