A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Brotherhood of Locomotive Engineers
and Trainmen,                        )
        Plaintiff(s)          )    **APPEARANCE**
                              )
        vs.                   )    CASE NUMBER    1:05CV01188
Norfolk Southern Railway Co. and Norfolk )
Southern Corp.,                      )
        Defendant(s)          )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Clinton J. Miller, III__ as counsel in this
                              (Attorney's Name)

case for: __United Transportation Union__
                (Name of party or parties)

__JUNE 29, 2005__                      __/s/ Clinton J. Miller__
Date                                   Signature

                                       Clinton J. Miller, III
                                       Print Name

__D.C. Bar No. 355602__                14600 Detroit Avenue
BAR IDENTIFICATION                     Address

                                       Cleveland, OH    44107
                                       City    State    Zip Code

                                       (216) 228-9400
                                       Phone Number