IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN,<br><br>                     *Plaintiff*,<br>v.<br><br>NORFOLK SOUTHERN RAILWAY CO. and NORFOLK SOUTHERN CORP.,<br><br>                     *Defendants*. | Civil Action No. 1:05CV01188<br>Judge Richard W. Roberts |

## REQUEST TO PRESENT LIVE TESTIMONY

Pursuant to LCvR 65.1(d), defendants Norfolk Southern Railway Company and Norfolk Southern Corporation submit this request to present live testimony at the hearing on the application for a preliminary injunction filed by plaintiff Brotherhood of Locomotive Engineers and Trainmen ("BLET"). The hearing is scheduled for July 13, 2005, at 3:30 p.m.

The Norris La-Guardia Act, 29 U.S.C. §§ 101 *et seq.*, provides that a federal court does not have jurisdiction to issue a preliminary or permanent injunction "in any case involving or growing out of a labor dispute . . . , except after hearing the testimony of witnesses in open court (with opportunity for cross-examination) in support of the allegations of a complaint made under oath, and testimony in opposition thereto, if offered . . . ," and after making specified findings. *Id.* § 107. This civil action involves or grows out of a "labor dispute" within the meaning of the Norris-LaGuardia Act. *Id.* § 113.

       1.      Defendants propose to conduct cross-examination of Thomas C. Brennan, BLET's staff counsel, whose Declaration was submitted by BLET in support of its application

for preliminary injunctive relief. We anticipate that the cross-examination of Mr. Brennan will not take more than 30 minutes.

2.  Defendants also propose to present the testimony on direct examination of Norfolk Southern Corporation's Assistant Vice President-Labor Relations Harold R. Mobley. Defendants filed Mr. Mobley's June 29, 2005 Declaration in support of their opposition to BLET's application for preliminary injunctive relief. We anticipate that the direct examination of Mr. Mobley, in supplementation of his Declaration, will not take more than 30 minutes.

Respectfully submitted,

*[signature: Jeffrey S. Berlin]*

Jeffrey S. Berlin (D.C. Bar #200048)
Krista L. Edwards (D.C. Bar #421537)
Mark E. Martin (D.C. Bar #373445)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8178
jberlin@sidley.com
kedwards@sidley.com
mmartin@sidley.com

*Attorneys for Defendants Norfolk Southern Railway Company and Norfolk Southern Corporation*

July 5, 2005