UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
BROTHERHOOD OF LOCOMOTIVE      )
ENGINEERS AND TRAINMEN,        )
                               )
          Plaintiff,           )
                               )
     v.                        )   Civil Action No. 05-1188 (RWR)
                               )
NORFOLK SOUTHERN RAILWAY CO.,  )
et al.,                        )
                               )
          Defendants.          )
_____)
```

**ORDER**

On June 14, 2005, plaintiff Brotherhood of Locomotive Engineers and Trainmen ("BLET") filed a complaint and application for preliminary injunction in this case. Defendants filed an opposition on June 29, 2005 [#4], which raises for the first time an argument that the court lacks subject matter jurisdiction over this action because plaintiff lacks standing to sue. It is hereby

ORDERED that defendants are directed to file a supplemental brief by 12 noon, July 11, 2005 addressing the following questions: 1) Does a certified union have standing to bring a claim in the capacity as the representative of employees it is certified to represent? 2) Is there any definition of "organizing" under the Railway Labor Act that excludes the

- 2 -

activity that the defendants' employees who also are members of BLET are engaged in?  It is further

ORDERED that plaintiff is directed to file a reply addressing in full defendants' arguments regarding subject matter jurisdiction and standing by 12 noon, July 12, 2005.

SIGNED this 8th day of July, 2005.

                                                            _____/s/_____
                                                            RICHARD W. ROBERTS
                                                            United States District Judge