IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN,<br><br>          *Plaintiff,*<br><br>    v.<br><br>NORFOLK SOUTHERN RAILWAY CO. and NORFOLK SOUTHERN CORP.,<br><br>          *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:05CV01188<br>)  Judge Richard W. Roberts<br>)<br>)<br>)<br>)<br>) |

**RESPONSE OF DEFENDANTS NORFOLK SOUTHERN RAILWAY COMPANY AND NORFOLK SOUTHERN CORPORATION TO UNITED TRANSPORTATION UNION'S MOTION TO INTERVENE**

Defendants Norfolk Southern Railway Company ("NSR") and Norfolk Southern Corporation ("NSC") hereby respond to the Motion to Intervene filed by United Transportation Union ("UTU"), as follows:

1.    The Court has received briefs on the question whether it has subject matter jurisdiction over this civil action. As the Court knows, NSR and NSC are of the view that the Court does not have subject matter jurisdiction over the claims asserted in plaintiff's Complaint. The Court should determine the question of its jurisdiction before turning to UTU's motion to intervene.

2.    If the Court dismisses the civil action for lack of subject matter jurisdiction, there will be no action remaining in which UTU might intervene, and the Court need not rule on UTU's motion to intervene, or should deny UTU's motion as moot.

3.    If the Court does not dismiss this civil action, NSR and NSC would not oppose the grant of UTU's motion to intervene. In taking this position, NSR and NSC are not

conceding that the Court would have jurisdiction over the claims UTU seeks to assert in its

tendered Cross-Claim, or that the Cross-Claim in fact states a claim upon which relief can be

granted, or that there is any merit to the allegations in the Cross-Claim.  If intervention is

allowed and UTU's Cross-Claim is accepted by the Court for filing, NSR and NSC will respond

in due course to the Cross-Claim, in accordance with the rules.

Respectfully submitted,

Jeffrey S. Berlin (D.C. Bar #200048)
Krista L. Edwards (D.C. Bar #421537)
Mark E. Martin (D.C. Bar #373445)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8178
jberlin@sidley.com
kedwards@sidley.com
mmartin@sidley.com

*Attorneys for Defendants Norfolk Southern Railway
Company and Norfolk Southern Corporation*

July 11, 2005