IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NORFOLK SOUTHERN RAILWAY CO. )<br>and NORFOLK SOUTHERN CORP.,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 1:05CV01188<br>Judge Richard W. Roberts |

**CORRECTION TO DEFENDANTS' SUPPLEMENTAL BRIEF
FILED ON JULY 11, 2005**

Early this morning, July 11, 2005, defendants Norfolk Southern Railway Company and Norfolk Southern Corporation, through undersigned counsel, filed a Supplemental Brief as directed by the Court in its July 8, 2005 Order. In the course of explaining that plaintiff BLET is circulating authorization cards ("A-cards") that seek authorization for BLET representation under the Railway Labor Act, we said (at page 6) that we had not seen BLET's A-cards and suggested that the Court could presume that the A-cards were drafted to satisfy the National Mediation Board's published standards. In the press of time (because of counsel's other commitments today, it was necessary to complete and file the brief well before the Court's noon deadline), counsel overlooked that we had previously included a copy of a current BLET A-card in our evidentiary submission, as part of Exhibit 8 to the June 29, 2005 Declaration of Harold R. Mobley.

We wish to correct the record, stressing that our misstatement was immaterial to the matter in issue. In fact, the BLET document includes not only standard A-card language, but

also an "Official Application" for BLET membership, which bears the text: **"Will not be processed until representation election is successfully completed!"**[1] This bears on BLET's assertions, *inter alia*, that "[n]otably, the solicitation of UTU members, whether they are Trainmen or Locomotive Engineers to drop their UTU membership and become members of the BLET will never result in a representation dispute because this does not entail a change of representative, but rather a change in union affiliation" (Reply at 3), and that "the right of Locomotive Engineers to solicit UTU members to change their union affiliation, . . . will not in and of itself give rise to a representation dispute because it does not involve a change of representative" (*id.* at 9).

We regret any inconvenience to the Court.

          Respectfully submitted,

          Jeffrey S. Berlin (D.C. Bar #200048)
          Krista L. Edwards (D.C. Bar #421537)
          Mark E. Martin (D.C. Bar #373445)
          SIDLEY AUSTIN BROWN & WOOD LLP
          1501 K Street, N.W.
          Washington, D.C. 20005
          (202) 736-8178
          (202) 736-8711 (fax)
          jberlin@sidley.com
          kedwards@sidley.com
          mmartin@sidley.com

          *Attorneys for Defendants Norfolk Southern Railway Company and Norfolk Southern Corporation*

July 11, 2005

---

[1] The same document appears on BLET's Web site, http://www.ble.org/nscampaign/NSAcardapplication.pdf.