IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

BROTHERHOOD OF LOCOMOTIVE ENGINEERS )
AND TRAINMEN, )
 )
 )
            *Plaintiff,* )
    v. ) Civil Action No. 1:05CV01188
 ) Judge Richard W. Roberts
NORFOLK SOUTHERN RAILWAY CO. )
and NORFOLK SOUTHERN CORP., )
 )
            *Defendants.* )
_____)

## ORDER

      This matter having come before the Court upon Motion To Dismiss Or, In The Alternative, For Judgment On The Pleadings, filed by defendants Norfolk Southern Railway Company and Norfolk Southern Corporation, and the Court having considered the arguments of counsel, applicable principles of law, and all other materials of record;

      IT IS HEREBY ORDERED that the motion to dismiss be and the same hereby is granted; and that this civil action be, and the same hereby is, dismissed for lack of subject matter jurisdiction, pursuant to Rule 12(b)(1), Fed. R. Civ. P.

      Entered this ___ day of _____, 2005.

                                                             _____
                                                             United States District Judge

Serve:

Roland P. Wilder
Joshua D. McInerney
BAPTISTE & WILDER, P.C.
1150 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20036

Jeffrey S. Berlin
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, NW
Washington, D.C. 20005

Clinton J. Miller, III
General Counsel
UNITED TRANSPORTATION UNION
14600 Detroit Avenue
Cleveland, OH 44107

Joseph Guerrieri, Jr.
GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.
1625 Massachusetts Avenue, N.W.
Suite 700
Washington, D.C. 20036