Mobley Declaration Exhibit 10

# Complaint/Incident Log

|   | Date of complaint | Complaining Union | Brief Description of Complaint/Alleged Incident |
|---|---|---|---|
| 1 | 03/27/05, 06/09/05 | UTU | Altercation between D. M. Beloat (BLET Local Chairman) and R. D. Utley (UTU Local Chairman) arising out of Mr. Utley's complaint concerning display of BLET representation material at the Princeton Yard office. Altercation occurred in presence of customer representative and involved use of profanity and physically threatening gestures by Mr. Beloat, who was on duty at the time. |
| 2 | 03/07/05 | BLET | Unauthorized use of MEMO system by UTU supporters for broadcast of messages urging UTU members to say no to BLET A-card drive. |
| 3 | 03/17/05 | BLET | Complaint by BLET General Chairman R. C. Wallace that Joel Kintner (then UTU Local Chairman) was calling conductors, marking them off on company business, and doing union recruiting activities with them. |
| 4 | 03/21/05 | UTU | G. A. Myers (BLET member and campaign organizer), while on duty, approached conductor D. O. Poindexter stating that he wanted to know whether Mr. Poindexter would support BLET or UTU in a representation election; Mr. Poindexter considered the approach unwelcome and complained to UTU, which reported the incident to Labor Relations. |
| 5 | 04/18/05 | UTU | Unauthorized use of MEMO system by T. J. Curran (BLET Local Chairman) to distribute material favoring BLET representation. |
| 6 | 04/19/05 | BLET | Posting of controversial UTU campaign material on bulletin board at Chattanooga, TN. |
| 7 | 04/20/05 | UTU | Posting of BLET campaign material containing anti-UTU messages at Columbus, Cincinnati, Roanoke, and Williamson. |
| 8 | 04/22/05 | UTU | Posting of controversial BLET campaign material on crew room wall in Knoxville, TN. |
| 9 | 04/26/05 | BLET | Posting of controversial UTU campaign material on bulletin board at Danville, KY. |
| 10 | 05/05/05 | BLET | Posting of controversial UTU campaign material on bulletin board in the engineer's washroom at Chattanooga, TN. |
| 11 | 05/14/05 | UTU | Posting of controversial BLET campaign material on bulletin board at Decatur. |
| 12 | 05/16/05 | UTU/ BLET | Dispute over posting of materials in connection with campaign. UTU General Chairman L. P. King complained about display on BLET bulletin board at Roanoke of Carrier's letter cautioning engineer G. A. Myers about on-property organizing activity. BLET General Chairman W. E. Knight stated that he would have his local chairman remove the letter on the condition that UTU campaign materials posted on bulletin boards at Roanoke and Crewe, VA also be removed. |
| 13 | 05/20/05 | UTU | Posting of controversial BLET campaign material on BLET bulletin |

|    | Date of complaint | Complaining Union | Brief Description of Complaint/Alleged Incident |
|----|---|---|---|
|    |          |      | board at the North End minute shack at Chattanooga, TN. |
| 14 | 05/20/05 | UTU  | Posting of controversial BLET campaign material on bulletin boards at Delaplain and Cincinnati, OH. |
| 15 | 05/20/05 | UTU  | Posting of controversial BLET campaign material on bulletin board erected in crew room at Danville, KY reporting location. |
| 16 | 05/23/05 | BLET | Switchman R. D. Roland, while on duty at Gest Street Yard in Cincinnati, threatened BLET Local Chairman J. E. Sturdivant over BLET organizing drive. |
| 17 | 05/26/05 | UTU  | Binder containing controversial BLET campaign material placed in crew room at Linwood, NC. |
| 18 | 05/27/05 | N/A  | Unauthorized use of MEMO system by J. R. Zagarino (UTU Local Chairman) to send campaign material. Copy of message anonymously left under office door of Terminal Superintendent at Buffalo. |
| 19 | 05/31/05 | UTU  | BLET Local Chairman J. B. Sparks engaged in organizing activity on the property at Winston Salem, NC while off duty on May 30, 2005. |
| 20 | 06/01/05 | UTU  | BLET Local Chairman T. J. Curran, while on duty, approached employee in Bison Yard Office at Buffalo and asked that he sign a BLET A-card. |
| 21 | 06/01/05 | UTU  | UTU officials complained that BLET recruiters were telling UTU members that BLET had negotiated favorable collective bargaining agreement with Carrier and that benefits under agreement would be available to train service employees only if they selected BLET as RLA representative. |
| 22 | 06/01/05 | UTU  | Distribution of BLET campaign material on NS property in New York and Northeastern Pennsylvania by A. V. Murdock (BLET Local Chairman) while on duty for Carrier. |
| 23 | 06/07/05 | UTU  | BLET member J. Peach, while on duty for NS, solicited J. Blackburn for his signature on a BLET authorization card in the Princeton, IN, crew room on 6/2/05. |
| 24 | 06/01/05 | UTU  | Notice regarding BLET A-card posted on property. |
| 25 | 06/02/05 | BLET | Posting of UTU campaign material on bulletin board at Harrington. |
| 26 | 06/03/05 | UTU  | Distribution of A-cards on Carrier property at Detroit. |
| 27 | 06/03/05 | UTU  | BLET local president Kline recruiting in Enola lunch room on 5/24/05. |
| 28 | 06/05/05 | N/A  | Controversial campaign material posted on bulletin board at the Diesel Shop crew room at Knoxville, TN. |
| 29 | 06/05/05 | UTU  | Three BLET members (T. P. Taylor, R. J. Johnson, and M. M. Landreth) engaged in solicitation activity on the property. |
| 30 | 06/06/05 | UTU  | Distribution of A-cards by Engineer Steve Pollick at Oak Street Yard. |

2

|    | Date of complaint | Complaining Union | Brief Description of Complaint/Alleged Incident |
|----|-------------------|-------------------|-------------------------------------------------|
| 31 | 06/06/05 | BLET | BLET General Chairman W. E. Knight complained members were not being permitted to mark off to attend union meeting at Bluefield. |
| 32 | 06/07/05, 06/09/05 | UTU | Campaign activity on behalf of BLET by C. Ware (BLET Local Chairman) while on duty at Bellevue on May 31, 2005 and Fostoria on June 1, 2005. |
| 33 | 06/07/05 | UTU | Unnamed BLET supporters, while on duty as engineers, were approaching conductors regarding A-cards. |
| 34 | 06/08/05 | UTU | BLET local chairman Cutlip organizing and handing out A-cards while on duty at Toledo. |
| 35 | 06/07/05 | BLET | UTU Local Chairman Burras had previously handed out UTU applications to conductor trainees on Carrier property |
| 36 | N/A | N/A | UTU organizing material with profane, anti-UTU handwritten message discovered on property. |
| 37 | 06/09/05 | UTU | Distribution of A-cards by BLET Local Chairman Lonnie Shindley, while off duty, on 3rd shift, Saturday, June 4, 2005 at Bellevue Terminal. |
| 38 | 06/10/05 | UTU | BLET supporters harassing UTU members to sign A-cards on NS property; complaint alleged NS official had given permission for solicitation. |
| 39 | 06/13/05 | UTU/ BLET | A-card campaign material posted on bulletin board in Decatur. |
| 40 | 06/14/05 | UTU | BLET Local Chairman Bill Bowen solicited employee to sign A-card on 9/4/06 at Huntingburg. |
| 41 | 06/15/05 | UTU | BLET members (S.A. Lameson and T.A. Pellegrini) approached conductors and trainmen to sign A-cards on NS property while on duty (at Enola and Harrisburg). |
| 42 | 06/15/05 | UTU | BLET campaign poster announcing town hall meetings. |
| 43 | 06/18/05 | UTU | Unwelcome telephone calls regarding A-card campaign on home phones. |
| 44 | 06/17/05 | UTU | Solicitation of conductor trainees by BLET Local Chairman M.D. Frank and BLLET members M.D. Thomas, C.A. Pearce, and D.W. Shandix while on duty. |
| 45 | 06/21/05 | UTU | BLET committee member, B. J. Anderson, allowed by Virginia Division Supervision to mark off company business with pay to attend a BLET "town meeting" campaign meeting n Roanoke. |
| 46 | 06/23/05 | UTU | BLET member S. Link, while on duty, approached UTU Local Chairman (Dave Lannon) at at his away-from-home terminal regarding A-cards. |
| 47 | 06/24/05 | UTU | Unnamed conductors at Shire Oaks and Waynesburg, PA solicited by unnamed BLET members while on duty. |

|    | Date of complaint | Complaining Union | Brief Description of Complaint/Alleged Incident |
|----|-------------------|-------------------|--------------------------------------------------|
| 48 | 06/24/05 | UTU | A-card solicitation by BLET members of conductor trainees at lodging facility in McDonough, GA. |
| 49 | 06/24/05 | UTU | Solicitation of conductor trainees by BLET Vice Local Chairman R. J. Williams on NS property at New Orleans. |
| 50 | 06/27/05 | UTU | Hotels at McDonough, GA allegedly passing out BLET information and A-cards to conductor trainees. |
| 51 | 06/28/05 | UTU | Engineer B. T. Bender, a BLET member, soliciting and circulating A-cards while on duty at Moberly. |
| 52 | 07/08/05 | UTU | BLE poster containing "offensive" material found on bulletin board at Roanoke Terminal. |
| 53 | 07/14/05 | BLET | Discussion of A-cards by on-duty UTU local officials during ACT training at Elkhart, IN. |
| 54 | 07/25/05 | UTU | Posting of BLET campaign material on the bulletin board in Decatur Terminal. |
| 55 | 08/05/05 | UTU | J. Askew (BLET Local Chairman) solicited A-card on Carrier property at Birmingham. |
| 56 | 08/08/05 | UTU | A-card solicitation by BLET members T.D. Miller and R.J. Bennett, while on duty at Mobile. |
| 57 | 08/10/05 | UTU | A-card solicitation by off-duty BLET members at crew reporting locations (leased facilities) at Bristol and Chattanooga, |