03/07/2005  15:39   8282547613   WALLACE   PAGE  01



# Brotherhood of Locomotive Engineers and Trainmen
*A Division of the Rail Conference–International Brotherhood of Teamsters*

GENERAL COMMITTEE OF ADJUSTMENT • Norfolk Southern Railway Systems Lines (former Southern)
P.O. Box 16039 • Asheville, North Carolina 28816
Phone: (828) 252-2253 • (828) 252-2613 • Fax: (828) 254-7613

**R. C. WALLACE**
*General Chairman*

**W. M. OVERTON, JR.**
*1st Vice-Chairman / Secretary-Treasurer*

**W. A. THOMPSON**
*2nd Vice-Chairman*

## FAX TRANSMITTAL SHEET

TO: S. Budzina

FROM: Ray C. Wallace  *Ray*

DATE: 07 March 2005

TRANSMITTING __9__ PAGES, INCLUDING THIS COVER SHEET.

Fax transmittal forwarded per telephone conversation with my Secretary, J. Wallace, this day @ 3:18 PM.

I will be in touch soon to see that this unofficial use of Company Property has been stopped and is not used by <u>either</u> Organization to broadcast information one against the other.

Mobley Decl. Ex. 11

03/07/2005 12:56    3023984244        SUPER 8 HARRINGTON                PAGE  02



```
MEMO                        Message panel              03-05-2005 06.03.19
Command =)
Destination ... =) NSC2.MJFOGARY      FOGARTY, M. J.             Received from
Memo title .... =) "A" CARD VOTE                          Line   1 Col  1( 66)
Page    1( 13)
-----------------------------------------------------------------------------
--- Received from NSC2.T3U9E  (717)599-7726            03-04-05 17.43 :
  -) NSC2.MJFOGART        FOGARTY, M. J.                      UTE72
  -) UTU8300              BALKO, T. S. (TED)
     THIS MEMO WAS SENT TO ME BY GARY PETREWICZ. ITS VERY SERIOUS!
     READ THIS ENTIRE MEMO! DO NOT BE FOOLED BY THE BLE!
     SAY NO TO ANY REQUEST TO SIGN AN " A " CARD!! IT COULD BE YOUR
     JOB.

  -) NSC2.DDSAMSEL        SAMSEL, D. B.                        UTE72
  WHAT'S REALLY AT STAKE SHOULD THE BLET PUSH FOR AN "A" CARD VOTE
  ON NS?

  1. CREW CONSIST — existing crew consist agreements require a
  CONDUCTOR ON ALL TRAINS while no agreements exist on NS that
  require an engineer on any train. Existing crew consist trust
-----------------------------------------------------------------------------
F1=Help F2=Directory F3=Send F4=Print F5=Save F6=Delete F7=Bkwd F8=Fwd
F9=Commands F10=Actions F11=Keys F12=Close F17=Edit F19=Left F20=Right
User: root
Host: paenatnccs4097n
Class: paenatnccs4097n
Job: 3270Bprin
```

03/07/2005 12:56  302398424  SUPER 8 HARRINGTON  PAGE 03

(2.)

```
MEMO                        Message Panel                 03-05-2005 06.04.56
Command =>
Destination ... => NSC3.HJFOGART       FOGARTY, H. J.       Received from
Memo title .... => "A" CARD VOTE
Page   2( 13)                                        Line  16 Col  1( 66)
------------------------------------------------------------------------
: fund payments,
:  short crew pay and existing crew consist lump sum payments for
: eligible employees could all be eliminated.
:
: 2. REMOTE CONTROL TECHNOLOGY - UTU gained the rights to this
: technology in 2002 for all ground service employees which
: preserves jobs well into the future. The UTU offered to share one
: half of the protective provisions with the BLET, they declined.
: The BLET offered to take this technology without any protective
: provisions and with out any additional compensation just to get
: the work. Who do you think they really want the work for?
: Conductors - I don't think so! Just remember one thing about
: remote control, the BLE made the first remote control agreement
: in the US on the Montana Rail Link where the engineer has the
: work.
------------------------------------------------------------------------
F1=Help F2=Directory F3=Send F4=Print F5=Save F6=Delete F7=Bkwd F8=Fwd
F9=Commands F10=Actions F11=Keys F12=Close F17=Edit F19=Left F20=Right
User: root
Host: paenotncca4097n
Class: paenotncca4097n
Job: 3270Bprin
```

```
03/07/2005 12:56   3023984244         SUPER 8 HARRINGTON              PAGE 04

MEMO                       Message Panel                 03-05-2005.06.04.59
Command =>
Destination ... => NSC2.MJFOGART    FOGARTY, M. J.         Received from
Memo title  ... => "A" CARD VOTE
Page     3( 13)                                     Line   31 Col   1( 66)
-----------------------------------------------------------------------------
: 3. ALL UTU AGREEMENTS ARE IN JEOPARDY - should a representation
: vote take place on NS and the BLET is successful in their
: attempts to destroy the craft of conductor, all existing
: agreements do not automatically remain in affect. The carrier
: must negotiate new agreements and must agree to retain any
: existing agreements. NS would jump at the chance to eliminate
: existing UTU agreements that now cost them millions of dollars a
: year! Just look at what the BLE did to the conductors on VIA RAIL
: when they modified crew consist, they gave all the work to the
: engineer.


                            JUST SAY NO

-----------------------------------------------------------------------------
F1=Help F2=Directory F3=Send F4=Print F5=Save F6=Delete F7=Bkwd F8=Fwd
F9=Commands F10=Actions F11=Keys F12=Close F17=Edit F19=Left F20=Right
User: root
Host: paenoinccs4097n
Class: paenoinccs4097n
Job: 3270Bprin
```

(3.)

```
03/07/2005  12:56   3023984244           SUPER 8 HARRINGTON              PAGE 05

                                            (4)
MEMO                       Message panel              03-05-2005 06:05.01
Command =)
Destination ... => N8C2.MJFOGART    FOGARTY, M. J.          Received from
Memo title .... => "A" CARD VOTE
Page     4( 12)                                     Line  46 Col   1( 68)
-----------------------------------------------------------------------------
: PROCESS TO CHANGE UNION REPRESENTATIVES                                   :
:                                                                           :
: In brief, the process requires the petitioning party to present           :
: evidence to the National Mediation Board (NMB) that the employee          :
: class or craft wishes to change union representatives. This               :
: petitioning is done through a "showing of interest" which is              :
: commonly known as the "A" Card (Authorization Card).                      :
:                                                                           :
: The A Card is your personal authorization for representation. IT          :
: IS NOT A REQUEST FOR INFORMATION OR INCLUSION IN THE VOTE as the          :
: union may tell you. All WORKERS in the craft or class being               :
: petitioned for will get to vote EVEN IF YOU DO NOT SIGN the               :
: card.                                                                     :
:                                                                           :
-----------------------------------------------------------------------------
F1=Help F2=Directory F3=Send F4=Print F5=Save F6=Delete F7=Bkwd F8=Fwd
F9=Commands F10=Actions F11=Keys F12=Close F17=Edit F19=Left F20=Right
User: root
Host: paenotnccs4097n
Class: paenotnccs4097n
Job: 3270Sprin
```

```
03/07/2005  12:56   3023984244              SUPER 8 HARRINGTON              PAGE  06

MEMO                      Message Panel                  (5)   03-05-2005 06.05.04
Command =>
Destination ... => NSC2.MJFOGART  ; FOGARTY, M. J.          Received from
Memo title ..., => "A" CARD VOTE
Page    5( 13)                                          Line   61 Col.   1( 66)
--------------------------------------------------------------------------------
: To trigger an election on a property which is already unionized
: requires 50% + 1 card of the craft or class to sign an A Card.
: That means that if there are 5,000 train service employees
: eligible, any union wishing to trigger an election must recover
: at least 2,501 valid authorization cards to present to the NMB.
:
: The NMB will then launch an investigation by requiring the
: railroad to furnish them with the most recent list of persons
: working in the class or craft using the last payroll period prior
: to the filing of the cards as the cut-off-date.
:
: The Board will authenticate the cards by comparing the signatures
: on the A Cards with those furnished by the railroad and make a
: determination as to whether or not the showing of interest
: threshold has been met.
--------------------------------------------------------------------------------
F1=Help F2=Directory F3=Send F4=Print F5=Save F6=Delete F7=Bkwd F8=Fwd
F9=Commands F10=Actions F11=Keys F12=Close F17=Edit F19=Left F20=Right
User: root
Host: paensinccs4097n
Class: paenotnccs4097n
Job: 3270Bprin
```

```
MEMO                    Message panel                        03-05-2005 06.05.07
Command =>
Destination ... =) HSC2.MJFOGART       FOGARTY, M. J.           Received from
Memo title .... =) "A" CARD VOTE
Page     6( 13)                                          Line   76 Col   1( 66)
```

(6.)

> If it has been met, the Board will order an election, giving both
> unions the right to challenge the eligibility of any voter on the
> eligibility list. Carrier officials, persons working in other
> crafts, or those not working a majority of their time (over 50%)
> in the craft or class are not eligible to vote. Most probationary
> employees working in the class or craft are entitled to vote as
> are persons on disability that have a right and an expectation of
> returning to work. The same applies to those whose employment has
> been terminated, but are having their cases appealed by the
> union.
>
> The voting process is different than in the past since the NMB
> now uses a telephone electronic voting (TEV) system instead of
> the old paper ballots. In brief, once an election is authorized

```
F1=Help F2=Directory F3=Send F4=Print F5=Save F6=Delete F7=Bkwd F8=Fwd
F9=Commands F10=Actions F11=Keys F12=Close F17=Edit F19=Left F20=Right
User: root
Host: paenotnccs4097n
Class: paenotnccs4097n
Job: 3270Bprin
```

```
MEMO                    Message panel                          03-05-2005 06.05.10
Command =)
Destination ... =) NRC2.MJFOGARTY       FOGARTY, M. J.          Received from
Memo title  .... =) "A" CARD VOTE
Page    7( 13)                                         Line    91 Col    1( 66)
```


```
and the date set, the NMB will furnish all eligible voters with
paper instructions that include a special six digit Voter
Identification Number (VIN) that coupled with the last four
digits of voter's social security number will create a unique 10
digit voter code. The voter is able to call the special telephone
number set up for the election 7 days per week, 24 hours per day,
and he/she simply follows the prompts regarding who to vote for.

On the day and time specified, the parties meet at the NMB
headquarters in Washington, DC to observe the counting process.
Again, unlike in the past the process usually takes less than 20
minutes from start to finish. Two representatives of the NMB must
enter their identification codes to complete the process.

FOR THE ELECTION TO BE VALID 50% + 1 OF THE ELIGIBLE VOTERS MUST
```

```
F1=Help F2=Directory F3=Send F4=Print F5=Save F6=Delete F7=Bkwd F8=Fwd
F9=Commands F10=Actions F11=Keys F12=Close F17=Edit F19=Left F20=Right
User: root
Host: pasnotnccs4097n
Class: pasnotaccs4097n
Job: 3270Berin
```

03/07/2005 12:56   3023984244           SUPER 8 HARRINGTON                PAGE 09

```
MEMO                    Message panel                       03-05-2005 06.05.13
Command =>
Destination .... => NBC2.HJFOGART    FOGARTY, H. J.          Received from
Memo title ..... => "A" CARD VOTE
Page      8( 13)                                         Line  106 Col   1( 66)
------------------------------------------------------------------------
: VOTE OR ELSE THERE IS NO UNION REPRESENTATION ON THE PROPERTY FOR    :
: TWO YEAR PERIOD. The railroads are not obligated to honor any        :
: contract since there would be no union to enforce its contents.      :
: Again, that means that 2,501 valid votes out of 5,000 eligible       :
: voters must be cast for the union to be certified.                   :
:                                                                      :
: If you think that's not an issue, better think again. When the       :
: former I&M Rail Link (a BLE represented property) became the         :
: Iowa, Chicago and Eastern (ICE), only 127 of the workers chose       :
: the BLE, winning the representation election by one vote. There      :
: were 253 eligible voters in the election. Is it worth risking no     :
: union for train service employees and lose the only contract that    :
: guarantees a person (Conductor under Crew Consist) on a crew on      :
: the Norfolk Southern?                                                :
: I DON'T THINK SO!                                                    :
------------------------------------------------------------------------
F1=Help F2=Directory F3=Send F4=Print F5=Save F6=Delete F7=Bkwd F8=Fwd
F9=Commands F10=Actions F11=Keys F12=Close F17=Edit F19=Left F20=Right
User: root
Host: paenotnccs4097n
Class: paenotnccs4097n
Job: 3270Bprin
```