*CURRAN*

*CARRIER #1B*

```
MEMO                    Message Panel           04-18-2005 11.4
Destination ... =) NSC.TJCURRAN    T. J. CURRAN          Received/:
Home title ..... =) A Cards
Page     1( 6)                                    Line   1 Col  1:
-----------------------------------------------------------------
  --- Received from NSC.TTEMS  716-836-8897     04-14-05 22.19
    -) CT                  Conductor Trainees
    -) UTU-1566            Rank and File

  NS BLET General Chairman Willard Knight (East), Bob Linsey
  (North) and Ray Wallace (South) met with BLET International
  President Don Hahs on Wednesday, April 13 in Cleveland, OH to
  confer about the circulation of "A" Cards in order to assume the
  Trainmen's Agreements from the UTU.

  In making labor history, President Hahs and his staff stated that
  the BLET will file papers with the National Mediation Board to
  commence the process of "A" Card circulation.

  ALL TRAINMEN WITHIN THE BLET AND UTU AND UNAFFILIATED NEW HIRES
-----------------------------------------------------------------
F1=Help F3=Directory F5=Send F6=Print F7=Save F8=Delete F9=End F9=Pgs
F9=Commands F10=Actions F11=Keys F12=Close F17=Edit F19=Left F20=Right
User: root
Host: NYGNGTNCC3?0D3N
Class: NYGNGTNCC3?0D3N
Job: 3270April
```

Mobley Decl. Ex. 12

```
MENU                    Message Panel                    04-16-2005 11:04

Destination ... =) NSC.TJCURRAN    T. J. CURRAN
Name Title  .... =) A Cards                                      Received/r
Page    2(   6)
                                                      Line    16 Col    16
---------------------------------------------------------------------------
: WILL BE ELIGIBLE TO VOTE. "A" Card distribution will commence May  :
: 1st and commence some time near May 30th. Results will be          :
: instantaneous upon the close of voting. The acquisition of the     :
: Trainmen's agreements will be conducted in accordance with         :
: National Mediation Board (NMB) procedures                          :
: (www.nmb.gov/representation/).                                     :
:                                                                    :
: Town Hall Meetings will be held with representatives from the      :
: BLET International, General and Local Committees. REPRESENTATIVES  :
: FROM THE UTU GENERAL COMMITTEES WILL BE INVITED TO ATTEND AND      :
: PARTICIPATE IN THIS OPEN FORUM.                                    :
:                                                                    :
: For further information regarding the A Card circulation and       :
: process, feel free to contact any BLET officer.                    :
:                                                                    :
---------------------------------------------------------------------------
F1=Help F2=Directory F3=Feed F4=Print F5=Save F6=Delete F7=End F8=Fwd
F9=Commands F10=Actions F11=Keys F12=Close F17=Edit F19=Left F20=Right
User: root
Host: NYGNGTNCCSYUSZN
Class: NYCMGTNCC330G3M
Job: 3270Aprin
```

```
                                    audit.txt
MEMO                             Message panel              04-19-2005 09.44.06
                                                                    Saved memo
Destination ... =>
Memo title .... => A Cards
Page     3( 6)                                              Line  32 Col  1( 66)
--------------------------------------------------------------------------------
: Trainman's agreements will be conducted in accordance with          :
: National Mediation Board (NMB) procedures                           :
: (www.nmb.gov/representation/).                                      :
:                                                                     :
: Town Hall Meetings will be held with representatives from the       :
: BLET International, General and Local Committees. REPRESENTATIVES   :
: FROM THE UTU GENERAL COMMITTEES WILL BE INVITED TO ATTEND AND       :
: PARTICIPATE IN THIS OPEN FORUM.                                     :
:                                                                     :
: For further information regarding the A Card circulation and        :
: process, feel free to contact any BLET officer.                     :
:                                                                     :
: Respectfully,                                                       :
:                                                                     :
: Thomas J. Curran,                                                   :
--------------------------------
Local Chairman, BLET 659
Buffalo, NY
716-863-3445
--------------------------------------------------------------------------------
:      -> NSC2.TSJONES      T S JONES                    TDIV92       :
:      -> NSC2.CEJOYCE      CHRISTOPHER JOYCE            TDIV92       :
:      -> NSC.BJPENFIE      BRIAN J. PENFIELD            TRAN         :
:      -> NSC2.WRIVERA      W RIVERA                     TDIV92       :
:      -> NSC2.EPROLICZ     E P ROLICZEK                 TDIV92       :
:      -> NSC.KRRYDZYN      K. R. RYDZYNSKI              TDIV92       :
:      -> NSC2.JATOFIL      J A TOFIL                    TDIV92       :
:      -> NSC2.JRCHARLE     JOHN CHARLEBOIS              TDIV92       :
:      -> NSC2.MWROSENS     ROSENSWIE, M. W.             UTE72        :
:      -> NSC2.RFHOLTZ      HOLTZ, R. F.                 UTE72        :
:      -> NSC2.WTFREEMA     FREEMAN, W. T.               UTE72        :
:      -> NSC2.JJAUGELL     AUGELLO, J. J.               UTE72        :
:      -> NSC2.DMBOJANO     BOJANOWSKI, D. M.            UTE72        :
:      -> NSC2.MDANIEL      DANIELS, M. J.               UTE72        :
:      -> NSC2.RJDELPRI     DELPRINCE, R. J.             UTE72        :
:      -> NSC2.DJDEUBEL     DEUBELL, D. J.               UTE72        :
:      -> NSC2.MCDOJNIK     DOJNIK, M. C.                UTE72        :
:      -> NSC2.RJFISCHE     FISCHER, R. J.               UTE72        :
:      -> NSC2.MRNUHN       NUHN, M. R.                  UTE          :
:      -> NSC2.WTNUTTLE     NUTTLE, W. T.                UTE72        :
:      -> NSC.JJPATAKY      JEFFREY J PATAKY             TRAN/HB      :
:      -> NSC2.RLRAGONA     RAGONA, R. L.                UTE72        :
:      -> NSC2.DJRESTAL.    RESTALL, DAVID J.            UTE72        :
:      -> NSC2.TLSANNER     SANNER, T. L.                UTE72        :
:      -> NSC2.BLSKINNE     SKINNER, B. L.               UTE72        :
:      -> NSC2.JSGIARRA     GIARRATANO, J. S.            UTE72        :
:      -> NSC2.RKHARTMA     R K HARTMAN                  TDIV92       :
:      -> NSC2.MAHANER      HANER, M. A.                 TRANSPOR     :
:      -> NSC2.TMHAYES      HAYES, T. M. (TOM)           TRANS        :
:      -> NSC2.REHIGGIN     HIGGINS, R. E.               UTE72        :
:      -> NSC2.DKYLE        KYLE, D.                     UTE72        :
:      -> NSC2.BRMASLOW     MASLOWSKI, B. R.             UTE72        :
:      -> NSC.BASPINEL      B.A. SPINELLI                TDIV92       :
:      -> NSC.DMTOBEY       D.M. TOBEY                   TRAN         :
:      -> NSC.LCPOWER       LARRY C. POWERS              TRAN         :
:      -> NSC2.CJPOEHNE     POEHNELT, JR., CLEMENT J.    UTE92        :
:      -> NSC2.POWELCH      PATRICK O WELCH              TRANSORT     :
                                    Page 1
```