```
-------------------NN   NN  SSSS              NORFOLK SOUTHERN VISION
------------------NNN  NN  SS
----------------NNNNNNN SSSSS          ./.    BE THE SAFEST,
----------------NN  NNN    SS     ///@@@@@    MOST CUSTOMER-FOCUSED AND
-----    --- NN   NN SSSSS      ////@@@@@@|   SUCCESSFUL TRANSPORTATION
                               ////@@@@@)@@|  COMPANY IN THE WORLD
      NETWORK CONTROL          ////@@@@@_|@@|
      (404) 529-1527            //@@@@@/\ZZ_)
                                //@@@@@@@\
                               /@@@@@@@@@@|XX\
                       /@@@@@@@@@@@@@/__/XX\@\     REALTIME .....  A
                      /@@@@@@@@@@@@@@/     /@/    ROSCOE .......  B
                    /@/@@@@@@@@@@@@/      /ZZ/    ROS2 .........  P
                   /@  .@@@@@@@@/                 TSD ..........  D
                  /@/   @@@@@@@/                  IDMS .........  C
                 /@@/    |@@@/                    IDMS1 ........  R
                /@@@/    ./@/                     IDMS2 ........  E
                 @@/      \@@\                    LMIS .........  F
                          |_@\                    IDMS20 .......  K
                          ZZ                      IDMS70 .......  I
                 TERMINAL ID: HQ0ZK6              CAR DIST .....  J
                                                  HELP .........  H
```

ENTER SELECTION:
MEMO                      Message panel                   05-24-2005 16.19.

Destination ... =) NSC2.JRZAGARI    JOE J. ZAGARINO, JR.         Received/re
Memo title .... =) QUESTIONS
Page     1( 7)                                         Line    1 Col   1( 6

---

: --- Received from NSC2.TW6PU  716 481-1272         04-09-05 09.43 :
:    -) CONDUCTORS           Buffalo Conductors                   :
:                                                                 :
: Brothers                                                        :
:                                                                 :
: As we all know there might come a time when you are asked to    :
: chose between the UTU and BLET. We have heard the BLET's side of:
: the fight, so I feel that it is time for the UTU's side to be   :
: told or at least give you some questions you can ask when you go:
: to the TOWN HALL Meetings put on by the BLET.                   :
:                                                                 :
: I will like for you ask the BLET the following questions:       :
:                                                                 :
: 1 What could happen to the Crew consist if the BLET were to gain:
:   control of the conductors. ( tnick of the VIA Rail)           :

F1=Help F2=Directory F3=Send F4=Print F5=Save F6=Delete F7=Bkwd F8=Fwd
F9=Commands F10=Actions F11=Keys F12=Close F17=Edit F19=Left F20=Right
MEMO                      Message panel                   05-24-2005 16.19

Destination ... =) NSC2.JRZAGARI    JOE J. ZAGARINO, JR.         Received/r
Memo title .... =) QUESTIONS
Page     2( 7)                                         Line   16 Col   1(

---

: 2 Whey did the BLET give the NS section 6 notice to operate thru :
:   freight with 1 (one) men crews on road train (engineer only)   :
:                                                                  :
: 3 Did the BLE protect the Via Rail and promise them the same     :
:   contract they are offering you? (150 men were lay-off and they :
:   sued the BLE and won 230 thousand each)                        :

MAY 27 2005 16:28

Mobley Decl. Ex. 13

```
MEMO                      Message panel                    05-30-2005 23.41.
Command =>
Destination ... => NSC2.JRZAGARI      JOE J. ZAGARINO, JR.        Received/re
Memo title .... => Hello
Page     1(   6)                                          Line    1 Col   1( 6
-----------------------------------------------------------------------------
: --- Received from NSC2.TW6PU  716 481-1272        05-28-05 22.11 :
:   -> CONDUCTORS              Buffalo Conductors                 :
: Brothers                                                        :
:                                                                 :
: Come Thursday we will be having a UTU UNION meeting at SHa Beens:
: at 700pm everyone is welcome to attend ALL CRAFTS               :
:                                                                 :
: Topics      A-CARD distribution by the BLET                     :
:             Do you have a job with the NS, if you think so you  :
:             should attend this meeting.                         :
:                                                                 :
:             Contract talks the NS served the UTU notice they want
:             to run road trains with Engineers only              :
:                                                                 :
:             Pool mileage all pools will be corrected as needed  :
-----------------------------------------------------------------------------
F1=Help F2=Directory F3=Send F4=Print F5=Save F6=Delete F7=Bkwd F8=Fwd
F9=Commands F10=Actions F11=Keys F12=Close S-F5=Edit S-F7=Left S-F8=Right
```