Membership Application    Members    Contact    Tuesd;

# Brotherhood of Locomotive Engineers and Trainmen

A Division of the Rail Conference of the International Brotherhood of



**1370 ONTARIO ST.
MEZZANINE
CLEVELAND, OH 44113
(216) 241-2630**

**BLET Main Page**
**IBT Main Page**
**IBT Rail Conference**
BLET Memorial Page

**Membership**
APPLICATION
Members Area
401(k) Plan w / Merrill Lynch
Short-Term Disability Ins.
Wabash Mem. Hospital Assn.
ORBA Financial
Mortgage Services

**Departments**
Education & Training
GIA to the BLE
BLET Washington
Safety Task Force

**Secretary-
Treasurers**
STReport (Local)
STReport (GCA S/T)
STReport (Gen. Chair.)
STReport (SLB)
STReport (Pres/LC)
S/T Members Area

**Information**
Merchandise
About the BLET
Officers
Staff
Becoming an Engineer

**Communications**
Public Relations
News Flash
Daily Headlines
Journal
Newsletter
Scholarships
History

**FELA**
What is FELA?
Find FELA Counsel

**Events**
Calendar
Meetings
Training

## NS Campaign

President Hahs letter to all NS conductors and trainmen

Talking Points

Questions and Answers

Member Application / A-Card (PDF)

Town Hall Meetings

Local Chairman's Report (Local Chairmen Only)

NS A-Card Web Site

© 2005 Brotherhood of Locomotive Engineers and Trainmen

## NS CAMI

**DAILY HEADLII**
July 12, 2005

• Bodies of three re

• Woman, 7 kids lo:
man

• Rise in rail busine
rise in wrecks, ex

• Millions go unspei
security

• Dogs, people best
mass transit

• High-tech antiterr
costly, long-range

• Analyst: Attack oi
imminent

• D.C. council 'justi
rail hazmat

• Amtrak resumes I
fast-train service

• After three month
shelf, Acelas begii
service

• Amtrak resumes I
Washington Acela

• New brakes let Ac
some routes

• Vitter proposes fe
safety legislation

• CSX Corporation f
second-quarter ea
conference call

• Amtrak builds on
Empire Builder to
look

• Report: N.J. trans
broke

• Work in Progress

• Give Wal-Mart a le
kids

More Headlines

**Enter your e-mail
receive BLET new**

Mobley Decl. Ex. 14

Case 1:05-cv-01188-RWR     Document 23-10     Filed 08/26/2005     Page 2 of 3

**Links**
BLET Affiliates
Railroad Companies
Labor Unions
Government/Research

**User Info**
What is PDF?
Contact
Web Policy

○ Subscribe ○








Liven up your deskt
wallpaper.

# Brotherhood of Locomotive Engineers and Trainmen

*A Division of the Rail Conference of the, International Brotherhood of Teamsters*

## OFFICIAL APPLICATION FOR MEMBERSHIP

### Will not be processed until representation election is successfully completed!

To Secretary-Treasurer—BLET Division _____

I hereby apply for membership/reinstatement in the Brotherhood of Locomotive Engineers and Trainmen.

My name is:_____

Address: _____

_____

Railroad: _____

Date of Birth (Month, Day, Year) : _____ Social Security Number: _____

I was formerly a member of BLET Division: _____ (Leave blank if not applicable)

I am (check one only): Locomotive Engineer ☐ Trainmen☐ Other☐ (please specify): _____

**I am making this application for membership because I believe that the BLET is my best bet for a secure and well paid future in railroad service, and I will cooperate with my fellow members to achieve these goals.**

I wish to be included in the BLET-PAC:  Yes_____ No _____ Amount: $ _____

Application to be effective (Month, Day, Year) : _____

Applicant's Signature: _____

Applicant's Phone Number: _____ E-mail Address: _____

Forwarded to National Division office by: _____

Division No. _____     _____
                                       **Secretary-Treasurer's Signature**

---

### Brotherhood of Locomotive Engineers and Trainmen
*A Division of the Rail Conference of the International Brotherhood of Teamsters*
#### AUTHORIZATION AND REQUEST FOR A REPRESENTATION
#### ELECTION UNDER THE RAILWAY LABOR ACT

I hereby authorize the Brotherhood of Locomotive Engineers and Trainmen to request the National Mediation Board to conduct an investigation and a representation election and to represent me for all purposes under the Railway Labor Act with regard to: (1) collective bargaining over rules, rates of pay and working conditions; (2) grievance handling; and (3) protection of my rights under Section 2, Third and Fourth of the Act.

Name (Please Print) _____    Employee No. _____

Address _____
    Street                            City                 State          Zip Code

Telephone No. _____    Company or Employer: _____    Job Title: _____

Signature _____    Date: _____