# NS A-Card.com

## Your Source for Information about the A-Card Vote on the Norfolk Southern

March 8, 2005

**To:** All Norfolk Southern BLET local chairmen

**From:** BLET General Chairmen, Norfolk Southern Railroad

**Subject: Trainmen & Conductors Productivity Pay Provisions**

Dear Sirs and Brothers:

Many of you have called our offices regarding recent UTU scare tactics stating that the BLET would not preserve the chosen representative of the Conductor/Trainmen Craft. Please allow us to remind you the Teamsters General President Hoffa and BLET National President Hahs jointly signed and stated, in the "Unity Pride Strength" brochures to Conductors and Trainmen, a commitment to preserve and protect craft autonomy, craft seniority and existing contractual rights unique to each historical craft of employee and the right of pre-1985 trainmen to remain in service.

However, as a result of your recent inquiries and to make public our position, we, the undersigned BLET Norfolk Southern General Chairmen, pledge absolutely to you and members of the Conductor/Trainmen Craft of Norfolk Southern Railroad the following:

If BLET-Teamsters is chosen as the certified representative of the Conductor/Trainmen craft at Norfolk Southern, all Conductor/Trainmen agreements will be preserved, including seniority and productivity pay provisions.

*R. C. Wallace, GC*
NS- Southern Lines

*W. E. Knight, GC*
NS- Eastern Lines

*R. H. Linsey, GC*
NS- Northern Lines

Mobley Decl. Ex. 15