# NS A-Card.com

Your Source for Information about the A-Card Vote on the Norfolk Southern

May 30, 2005

## All Norfolk Southern Conductors and Trainmen

The time has come to make some decisions in our lives about what is good for us, and what is good for our families. The decisions you make in the next two or three months will determine how your entire life is lived, not just on the job, but off the job also.

Will you continue to have unwanted contracts shoved down your throat like the health/welfare that is taken out of your check every month. Will you be able to arbitrate various issues concerning pay such as bonuses, special weekend pay, or stepping up faster to full conductor pay?

The Brotherhood of Locomotive Engineers and Trainmen fully believe that workers are those that create the wealth and as such deserve their fair share of this wealth. We want to work side by side with you in realizing a fair and equitable wage for our constituents.

We realize that there are only two types of unions in this country; organizing units and service units. Every person on the railroad currently must belong to a union. Because of this, we fall under the service organization since we do not have to organize normally. So the bottom line is, how well is your union serving you both locally and nationally?

We do not believe in the good old boy type of unionism. We are a progressive union with the belief that we can make a difference in peoples' lives.

At the turn of the Century there were nearly one hundred first class railroads utilizing nearly one million workers in this country. Now there are only five (with possibly more mergers in our future), and the number of workers has dwindled to a mere three hundred thousand. During this period railroads were getting larger and our numbers have diminished greatly.

Currently, all major railroads are represented by the American Association of American Railroads. Before the BLET started our movement to combine unions, we were left alone to bargain our own agreements. When the Carriers wanted a give back, they would go to the weakest union, negotiate an agreement, and then (through arbitrators) shove it down the rest of our throats. **No More!!!**

Now things are changing. There are four unions under the Rail Division of the International Brotherhood of Teamsters, with two left out, who are still arbitrating terrible agreements. **Yours is one of them** *(New NS LET Agreement)* !!

Mobley Decl. Ex. 17

Look at the difference in our contracts. We receive a bonus, extra pay for working weekends, and our members no longer must wait five years in order to attain a full and equitable wage We also enjoy a better 401k program, and have an organization behind us with a wealth of political strength (1.5 Million Members Strong!).

Please come to some of the town hall meetings that are being presented. Listen for yourself and discover the truth. Do not let the fear that is being put out by the other union shape your future. This future is not just yours. It is that of your family, your coworkers, their families, and all workers who follow behind us.

**Remember it is easier to believe a lie than it is to search for the truth !!!!**


Rodney K. Cutlip
Local Chairman/ Alt. Intl. V.P.