# Brotherhood of Locomotive Engineers and Trainmen
A Division of the Rail Conference of the International Brotherhood of [Teamsters]

**Membership Application | Members | Contact**

Tuesd[ay]

1370 ONTARIO ST.
MEZZANINE
CLEVELAND, OH 44113
(216) 241-2630

- BLET Main Page
- IBT Main Page
- IBT Rail Conference
- BLET Memorial Page

**Membership**
- APPLICATION
- Members Area
- 401(k) Plan w./ Merrill Lynch
- Short-Term Disability Ins.
- Wabash Mem. Hospital Assn.
- ORBA Financial
- Mortgage Services

**Departments**
- Education & Training
- GIA to the BLE
- BLET Washington
- Safety Task Force

**Secretary-Treasurers**
- STReport (Local)
- STReport (GCA S/T)
- STReport (Gen. Chair.)
- STReport (SLB)
- STReport (Pres/LC)
- S/T Members Area

**Information**
- Merchandise
- About the BLET
- Officers
- Staff
- Becoming an Engineer

**Communications**
- Public Relations
- News Flash
- Daily Headlines
- Journal
- Newsletter
- Scholarships
- History

**FELA**
- What is FELA?
- Find FELA Counsel

**Events**
- Calendar
- Meetings
- Training

## NS Campaign
### Questions and Answers
Return to Main Page

**Ask a question**

In reference to the previous question posed by the new conductor, what current agreement are you referring to? Please be specific. How will that agreement be affected if the BLE takes over? What will happen with any/all agreements made between UTU and NS if BLE takes over? Does NS have to honor UTU agreements if BLE is sole union?
All existing agreements between the UTU and NS will remain in effect, unchanged. If the BLET takes over the representation of the trainmen on NS, the BLET will be the administrator of the existing agreements. The BLET will have the responsibility of enforcing the existing agreements. Changes in current agreements can only be accomplished through negotiations and ratification by the members.

**Are all questions asked in this forum publicly answered?**
We intend to answer all questions publicly that are submitted to this forum as long as they are germane to the issues on Norfolk Southern and are not duplicated questions.

**What happens in the event the BLET does not prevail and the UTU wins?**
Everything remains as it is currently.

**Is it true if there is not a 50% plus one voter participation, the trainmen lose all representation for two years?**
Yes. It should be noted that the same would be true on Union Pacific where the UTU has filed for single craft with the National Mediation Board. This action, if successful would destroy craft demarcation lines.

It is a known fact that after the first of the year 2006 that the BLET will have to pay the IBT a sum of 2 and 1/2 hours compensation per member as a result of the merger agreement. I know you guys say it won't be passed along to the membership,

## NS CAM[PAIGN]

**DAILY HEADLI[NES]**
July 12, 2005

- Bodies of three re[covered]
- Woman, 7 kids lo[se] man
- Rise in rail busine[ss,] rise in wrecks, ex[...]
- Millions go unspe[nt on] security
- Dogs, people best [for] mass transit
- High-tech antiterr[or] costly, long-range
- Analyst: Attack o[r] imminent
- D.C. council 'justi[fies] rail hazmat
- Amtrak resumes [...] fast-train service
- After three month[s on] shelf, Acelas begi[n] service
- Amtrak resumes [...] Washington Acela
- New brakes let Ac[ela on] some routes
- Vitter proposes fe[deral] safety legislation
- CSX Corporation [...] second-quarter ea[rnings] conference call
- Amtrak builds on Empire Builder to[...] look
- Report: N.J. trans[it] broke
- Work in Progress
- Give Wal-Mart a l[ift,] kids

More Headlines

Enter your e-mail [to] receive BLET new[s]

Mobley Decl. Ex. 19

**Links**
BLET Affiliates
Railroad Companies
Labor Unions
Government/Research

**User Info**
What is PDF?
Contact
Web Policy

but I also know you guys don't have the money to pay this. I also know you don't have the money to pay your portion of the lost lawsuit in Canada either. Where is the money going to come from , if not the members? P.S....I don't expect an answer to this question either......
Please identify yourself. The formula you stated in your question is incorrect.

**I am a newly hired Conductor. If the Company goes to one-man operation on the mainline, what will happen to me? I notice that you refer to "trainmen" in your talking points but not to conductors.**
You will be governed by the current agreement in place and any future agreements that are negotiated and ratified. In order to be more specific we need more information such as hiring date, location, etc.

**On the application / A card, in the field of "APPLICATION TO BE EFFECTIVE" should we enter the date the application is filled out or leave blank, because it it will be processed later after a successfully campaign?**
Leave it blank on the membership application but on the A-Card the date must be filled in. It should be the date the A-Card is signed.

**is the rumor true that the teamsters will leave the afl-cio, if sweeny is re-elected? if so why would you all do such a thing if you believe it has hurt the utu?**
Teamsters' International Vice President John Murphy has publicly stated that this rumor is not true.

○ Subscribe ○







Liven up your deskt wallpaper.

© 2005 Brotherhood of Locomotive Engineers and Trainmen