# NS A-Card.com

**Your Source for Information about the A-Card Vote on the Norfolk Southern**

## Information

June 16, 2005 Letter from Don Hahs to all
NS Conductors and Trainmen (New)

BMWE Member Responds to UTU Distortions (New)

Talking Points

June 3, 2005 Letter from Don Hahs Regarding
The Creation of Trainman's Locals and GCA's (.pdf)

BLET Ohio Legislative Board - June 2005 Poster (.pdf)
Who is Working to Protect your Job?

Information about the UTU's Video and Mailings

Are You Tired of Being a Second Class Union Member?

Chart Showing Distribution of Teamster Members (.pdf)

UTU Seeks Winner-Take-All Vote on the UP - May 27, 2005

May 30, 2005 Letter from Rodney Cutlip

March 8, 2005 Letter from R. C. Wallace, GC,
W. E. Knight, GC & R. H. Linsey, GC

March 10, 2005 Letter from Robert H. Linsey & Cole W. Davis

History Repeated - UTU Eliminates Crafts

Teamsters and Railroad Retirement - Letters (.pdf)

Via Rail Facts

Mobley Decl. Ex. 20

<u>Facts Concerning the Pacific Harbor Line Agreement</u>

<u>Factual History of the Montana Rail Link</u>

<u>Montana Rail Link - Quick Facts</u>

<u>The Real Facts Surrounding the BLE Return to Work during the 1995 Soo Line Strike by the UTU</u>

<u>BLE Position on Fireman and the Arbitration 282 Award</u>

<u>July 2004 Letter from Don Hahs (BLET) to Paul Thompson (UTU)</u>

<u>October 17, 2003 Letter from Don Hahs Concerning UTU Propaganda</u>

 Some Documents (.pdf) require the free Adobe Reader program to view. You may Download it from Adobe by clicking HERE



# Brotherhood of Locomotive Engineers and Trainmen
*A Division of the Rail Conference–International Brotherhood of Teamsters*

**NATIONAL DIVISION**
1370 Ontario Street, Mezzanine • Cleveland, Ohio 44113-1702
Phone: (216) 241-2630 • Fax: (216) 241-6516 • www.ble-t.org

**DON M. HAHS**
*National President*

June 3, 2005

Mr. Robert H. Linsey
GC – NS Northern Lines
1807 Elmwood Ave., Suite 116
Buffalo, NY 14207-2434

Dear Sir and Brother:

This refers to your letter of June 1, 2005, requesting clarification concerning where trainmen will belong and what choices they may have following a successful conclusion to the Norfolk Southern trainman representation campaign.

For the sake of clarity, I will restate each or your questions, followed by my answer.

"**Upon our successful consummation of this representation campaign and the assumption of jurisdiction over the Train Service agreements on Norfolk Southern, will Train Service members be automatically given the choice of either forming a new Train Service G.C. of A. or joining the existing General Committee structure under the current General Chairmen?**"

Yes.

"**If the Trainmen choose to establish their own General Committees, can their Local Committees remain with the existing Local Division Structure if they so choose?**"

Yes.

"**If the Trainmen choose to remain with the existing General Committee structure, would they be entitled to separate Local Committees (with their own Local Chairman) within the existing Local Divisions?**"

Yes.

Mr. Linsey            2            06/03/2005

Now, to tie this all together, here is how events will transpire following a successful representation election. All new trainman members will be received into existing BLET divisions most closely aligned with their territories and/or assignments. The president of each division shall appoint an interim trainman local committee of adjustment (LCA) consisting of a local chairman and a minimum of two vice local chairmen, who will serve until elections for the above offices are held. All trainman members shall also be given the opportunity to vote on whether to form their own general committee of adjustment (GCA) or joining the existing BLET GCA. A majority of ballots cast by BLET trainmen members will govern.

Regardless of how the GCA vote turns out, trainmen will remain in their respective existing BLET divisions. However, per Section 35(a) – National Division Rules, they do have the right to petition for their own divisions at any time.

Trusting this information is helpful, I am

Fraternally yours

*[signature]*

President

Cc:    E.W. Rodzwicz, FVP

CEA/ca