# NS A-Card.com

**Your Source for Information about the A-Card Vote on the Norfolk Southern**

# News

## Welcome to the BLET NS A-Card Website

This website was created to distribute facts concerning the A-Card Movement on the Norfolk Southern. As such, you will find News, Information, Frequently Asked Questions (FAQ's), and Letters from General Chairmen, Local Chairmen, and Union Members such as yourself. Dates of meetings and other events will also be posted. We are also hosting a Discussion Forum where you can go to discuss any topic relating to the A-Card Movement. Feel free to ask any questions or state your opinion!

## UTU Seeks Another Backdoor Raid of the BLET

All members of the Brotherhood of Locomotive Engineers and Trainmen are urged to contact their member of Congress and ask them not to support the United Transportation Union's attempt to amend the Railway Labor Act in order to create a single operating craft.

This backdoor attempt is similar to the "Bosnian Amendment" the UTU attempted to pass in 1997 and the single operating craft idea introduced to the National Mediation Board in 1998.

The single craft and class issue is a tactic by one railroad union, the United Transportation Union (UTU), to attack another union, the Brotherhood of Locomotive Engineers and Trainmen (BLET).
*Story Continued ...*

## NS Trainmen seek BLET Representation

Citing poor representation from and disillusionment with the United Transportation Union's leadership in Cleveland, trainmen and conductors at the Norfolk Southern are seeking superior union representation from the Brotherhood of Locomotive Engineers and Trainmen.

The BLET has scheduled a series of Town Hall meetings across the NS system over the next month to obtain signed Authorization Cards, or A-Cards, from NS trainmen. The A-Cards will provide a showing of interest and allow the BLET to begin a formal representation election under rules established by the National Mediation Board.

"We are initiating this campaign because UTU members have asked us to," said BLET First Vice-President Ed Rodzwicz. "UTU members are sick and tired of the

lackluster representation they have received from their leadership in Cleveland.
*Story Continued ...*

## UTU: "Desperate Act by a Desperate Union"

The United Transportation Union's petition for a single craft of operating employees at the Union Pacific Railroad is a reckless effort by a desperate union, said BLET National President Don Hahs today.

UTU's May 27 petition asks the NMB to rule that a single craft of operating employees exists on the UP. The petition also asks the NMB to order a representation election for the supposedly new craft of "train and engine service employees."

"This is like 1998 all over again," said President Hahs, referring to UTU's attempt to raid BLET at UP using the same arguments seven years ago. "But we beat them before and we will do it again. This is a desperate act by a desperate union."

The BLET President condemned the UTU leadership for its reckless behavior that can not possibly benefit operating employees.
*Story Continued ...*

## BLET Prepared For UTU Attack

BLET National President Don Hahs issued the following statement on May 27, 2005.

"We are aware of the United Transportation Union's intent to yet again petition the National Mediation Board for a single-craft representation election at the Union Pacific Railroad.

"BLET members should rest assured that we have notified our legal counsel in Washington, D.C., of the UTU's action and plan to take appropriate steps to defend our organization. To the best of our knowledge, nothing has changed in the railroad industry since the UTU tried unsuccessfully to raid BLE by forcing a single craft representation election on the Kansas City Southern Railway in 2002.

"We are confident that we will prevail in this matter, as we did on the Union Pacific on February 29, 2000, and the Kansas City Southern on August 14, 2002."