# NS A-Card.com

Your Source for Information about the A-Card Vote on the Norfolk Southern

## NS Trainmen seek BLET Representation

CLEVELAND, June 3 -- Citing poor representation from and disillusionment with the United Transportation Union's leadership in Cleveland, trainmen and conductors at the Norfolk Southern are seeking superior union representation from the Brotherhood of Locomotive Engineers and Trainmen.

The BLET has scheduled a series of Town Hall meetings across the NS system over the next month to obtain signed Authorization Cards, or A-Cards, from NS trainmen. The A-Cards will provide a showing of interest and allow the BLET to begin a formal representation election under rules established by the National Mediation Board.

"We are initiating this campaign because UTU members have asked us to," said BLET First Vice-President Ed Rodzwicz. "UTU members are sick and tired of the lackluster representation they have received from their leadership in Cleveland.

"The are also disillusioned and disgusted with the UTU's Letter of Intent imposing seniority maintenance fees and double dues on hard working railroad employees," he said.

It is expected that thousands of new members will join BLET once the NS campaign is brought to a successful conclusion.

Since becoming affiliated with the International Brotherhood of Teamsters, the BLET has seen its membership ranks swell with former UTU members who wished to belong to a larger, more powerful organization.

BLET members have benefited in many ways since affiliating with the Teamsters, enjoying increased influence in local, state and national government.

*As Reported on the BLET Website @ www.ble-t.org on June 3, 2005*

Mobley Decl. Ex. 22