

Membership Application   Members   Contact   Tuesd

# Brotherhood of Locomotive Engineers and Trainmen
A Division of the Rail Conference of the International Brotherhood of

**1370 ONTARIO ST.
MEZZANINE
CLEVELAND, OH 44113
(216) 241-2630**

BLET Main Page
IBT Main Page
IBT Rail Conference
BLET Memorial Page

### Membership
APPLICATION
Members Area
401(k) Plan w / Merrill Lynch
Short-Term Disability Ins.
Wabash Mem. Hospital Assn.
ORBA Financial
Mortgage Services

### Departments
Education & Training
GIA to the BLE
BLET Washington
Safety Task Force

### Secretary-Treasurers
STReport (Local)
STReport (GCA S/T)
STReport (Gen. Chair.)
STReport (SLB)
STReport (Pres/LC)
S/T Members Area

### Information
Merchandise
About the BLET
Officers
Staff
Becoming an Engineer

### Communications
Public Relations
News Flash
Daily Headlines
Journal
Newsletter
Scholarships
History

### FELA
What is FELA?
Find FELA Counsel

### Events
Calendar
Meetings
Training

## NS Campaign
**Town Hall Meetings**
Return to Main Page

**Tue, May 31 - 6:00 PM
Kansas City, MO**
Strouds (outdoor facility)
5410 NE Oakridge Road
Gladstone, MO

**Wed, Jun 1 - 10:00 AM
Kansas City, MO**
First Watch Restaurant
409 Armour Road
No. Kansas City, MO

**Wed, Jun 1 - 6:00 PM
Moberly, MO**
Best Western Moberly Inn
Highways 24 and 63

**Thu, Jun 2 - 10:00 AM
Moberly, MO**
Best Western Moberly Inn
Highways 24 and 63

**Fri, Jun 3 - 6:00 PM
Decatur, IL**
Maverick Steak House
3010 N. MLK Drive

**Sat, Jun 4 - 10:00 AM
Decatur, IL**
Maverick Steak House
3010 N. MLK Drive

**Sat, Jun 4 - 7:00 PM
Bellevue, OH**
Colonial Inn Resort
12211 N. Milan Road, US Route 250
Milan, OH

**Sun, Jun 5 - 10:00 AM
Bellevue, OH**
Colonial Inn Resort
12211 N. Milan Road, US Route 250

## NS CAM[

DAILY HEADLI[
July 12, 2005
- Bodies of three re
- Woman, 7 kids lo:
  man
- Rise in rail busine
  rise in wrecks, ex
- Millions go unspe[
  security
- Dogs, people best
  mass transit
- High-tech antiter[
  costly, long-range
- Analyst: Attack o[
  imminent
- D.C. council 'justi
  rail hazmat
- Amtrak resumes [
  fast-train service
- After three month
  shelf, Acelas begi[
  service
- Amtrak resumes [
  Washington Acela
- New brakes let Ac
  some routes
- Vitter proposes fe
  safety legislation
- CSX Corporation [
  second-quarter e[
  conference call
- Amtrak builds on
  Empire Builder to
  look
- Report: N.J. trans
  broke
- Work in Progress
- Give Wal-Mart a l[
  kids

More Headlines

Enter your e-mail
receive BLET new.

Mobley Decl. Ex. 23

**Links**
BLET Affiliates
Railroad Companies
Labor Unions
Government/Research

**User Info**
What is PDF?
Contact
Web Policy

Milan, OH

○ Subscribe ○





**Sun, Jun 5 - 7:00 PM**
**Toledo, OH**
Teamsters Local 20
Anthony Wayne Trail at Hawley

**Mon, June 6 - 6:00 AM**
**Knoxville, Tenn.**
Teamsters Union Hall
(behind North Knoxville K-Mark on Broadway)

**Mon, Jun 6 - 9:00 AM**
**Toledo, OH**
Teamsters Local 20
Anthony Wayne Trail at Hawley



Liven up your deskt wallpaper.

**Mon, June 6 - 6:00 PM**
**Knoxville, Tenn.**
Teamsters Union Hall
(behind North Knoxville K-Mark on Broadway)

**Mon, Jun 6 - 7:00 PM**
**Conneaut, OH**
Day's Inn (Route 7 at I-90)

**Tue, Jun 7 - 10:00 AM**
**Conneaut, OH**
Day's Inn (Route 7 at I-90)

**Tue, Jun 7 - 6:00 PM**
**Ft. Wayne, IN**
New Haven Eagles
11508 Lincoln Highway New Haven, IN

**Tue, Jun 7 - 6:00 PM**
**Buffalo, NY**
American Legion Post 735
35 Legion Parkway
(corner of Union Road)
West Seneca, NY

**Wed, Jun 8 - 10:00 AM**
**Buffalo, NY**
American Legion Post 735
35 Legion Parkway
(corner of Union Road)
West Seneca, NY

**Wed, Jun 8 - 10:00 AM**
**Ft. Wayne, IN**
New Haven Eagles
11508 Lincoln Highway
New Haven, IN

**Wed, Jun 8 - 2:00 PM**
**Birmingham, Ala.**
Holiday Inn Express
Irondale, Alabama

**Wed, Jun 8 - 7:00 PM**
**Detroit, MI**
Jacoby's German Beer Garden
624 Brush St.

**Thu, Jun 9th - 9:00 AM**
**Birmingham, Ala.**
Holiday Inn Express
Irondale, Alabama

**Thu, Jun 9 - 11:00 AM**
**Detroit, MI**
Jacoby's German Beer Garden
624 Brush St.

**Fri, June 10 - 9:00 AM**
**Macon, Ga.**
IBEW Hall
1046 Patterson Street

**Fri, June 10 - 6:00 PM**
**Macon, Ga.**
IBEW Hall
1046 Patterson Street

**Fri, Jun 17 - 10:00 AM**
**Baltimore, MD**
Teamsters Hall
8359 Pulaski Highway

**Fri, Jun 17 - 10:00 AM**
**Columbus, Ohio**
VFW
4223 Roberts Road

**Fri, Jun 17 - 6:00 PM**
**Baltimore, MD**
Teamsters Hall
8359 Pulaski Highway

**Mon, Jun 20 - 10:00 AM**
**Virginia Beach, Va.**
Ramada Inn Airport

**Mon, June 20 - 6:00 PM**
**Burkeville, VA**
Comfort Inn

**Tue, Jun 21 - 10:00 AM**

**Roanoke, Va.**
Wyndham Hotel
2801 Hershberger Road

**Tue, Jun 21 - 6:00 PM**
**Roanoke, Va.**
Wyndham Hotel
2801 Hershberger Road

**Wed, Jun 22 - 10:00 AM**
**Bluefield, W.Va.**
Holiday Inn

**Wed, Jun 22 - 6:00 PM**
**Kanawha City, W.Va.**
Days Inn

**Thur, Jun 23 - 12 Noon**
**Grants Branch Park**
Stone, Ky.

**Thur, Jun 23 - 7:00 PM**
**New Boston, Ohio**
3980 Rhodes Ave.
New Boston Community Center

**Fri, Jun 24 - 10:00 AM**
**New Boston, Ohio**
3980 Rhodes Ave.
New Boston Community Center

© 2005 Brotherhood of Locomotive Engineers and Trainmen