SUBJECT: UTU/BLE Representation Dispute

Norfolk - May 4, 2000

| | | | |
|---|---|---|---|
| J. F. Corcoran | D. W. Seale | T. L. Ingram | R. W. Parker |
| J. W. Fox, Jr. | J. E. Carter | H. C. Lewis | S. P. Renken |
| J. G. Lane | T. P. Dwyer | H. D. Light | W. J. Romig |
| J. W. McClellan | N. S. Fleischman | B. Maestri | R. W. Stephens, Jr. |
| K. B. McQuade | R. C. Fort | M. D. Manion | C. J. Wehrmeister |
| C. W. Moorman, IV | W. A. Galanko | R. E. Martinez | G. W. Woods |
| J. P. Rathbone | L. D. Hale, Jr. | M. R. McClellan | D. M. Martin |
| J. M. Samuels | R. E. Huffman | T. H. Mullenix, Jr. | |

This refers to the ongoing representation dispute between the United Transportation Union (UTU) and the Brotherhood of Locomotive Engineers (BLE) and the associated recruitment efforts being conducted by those organizations. The UTU filed a petition with the National Mediation Board (NMB) asserting that a representation dispute existed on the UP. UTU argued that a single train and engine service craft or class should be certified. A special NMB labor panel declined to do so; UTU has asked the NMB to reconsider that decision. At the same time, however, the NMB reached a somewhat contrary decision in a case involving the Texas Mexican (Tex Mex) Railroad. As a result of these findings, there is an increased possibility that a similar representation dispute could arise on NS.

As you know, Norfolk Southern has, as required by the Railway Labor Act, maintained a policy of strict neutrality in connection with this and other similar interunion disputes. It is essential that Norfolk Southern not interfere in any way with the legitimate activities by the unions during this sensitive period and remain absolutely neutral in this matter.

In view of the situation and to ensure safety and order in the workplace, it is critical that the officers and employees of Norfolk Southern do not encourage, participate in, or allow any union recruitment activities to take place in the workplace. No company resources (equipment, materials, or funds) may be used with regard to recruitment or organization. No union recruitment efforts will be allowed on Norfolk Southern property or at other locations where Norfolk Southern conducts its business.

Any questions with regard to this issue should be directed to either me at 629-2684, Mark MacMahon, Vice President Labor Relations at 629-2615, or Jeff Burton, General Solicitor at 629-2633. A copy of this letter should be posted at locations where train and engine service bulletins are normally posted.

James A. Hixon

cc: D. R. Goode
L. I. Prillaman, Jr.
S. C. Tobias
H. C. Wolf
M. R. MacMahon
J. H. Burton

Mobley Decl. Ex. 24