

Paul E. Emert
General Chairman

**united transportation union**

Mark H. Cook
Assistant General Chairperson

Mike Lydon
Assistant General Chairperson

General Committee of Adjustment
Southern Lines
427 West Broadway Avenue
Maryville, TN 37801
Phone: 865-681-3939
Fax: 865-681-3940

June 10, 2005

Mr. Paul Gibson
Superintendent Central Division
Norfolk Southern Corporation
P.O. Box 14820
7208 Old Rutledge Pike
Knoxville, TN 37914

Dear Mr. Gibson:

Our Committee is very concerned for the safety of our members across the system, but more so especially now in Chattanooga, TN, which falls under your jurisdiction. No one wants to see someone lose their job, but when physical and verbal threats are being made, it is only a matter of time before someone blows. This situation evolves out of our members being harassed on the property to sign these A Cards. When told that they could not organize on the property, the BLET said they have your permission. The Committee is asking that you help in this situation. This is happening at crew change points and on and off duty points. It has been escalating over the past few days and we expect the situation to continue to get worse if something is not done immediately to stop it. These acts are very unprofessional and if continued these employees should be charged with conduct unbecoming a Norfolk Southern Employee.

The Norfolk Southern Code of Ethics states impart that the Norfolk Southern will provide equal opportunity and a safe, supportive work environment of one another. Treat fellow employees, customers, suppliers and business associates with fairness and respect; avoid actual or potential conflicts of interest.

We know that there are not enough Norfolk Southern police officers to be everywhere all the time, but if you could have your officers around the area when crews are going off and on duty this may help keep the peace. The Carrier has an obligation to provide a safe

working environment for its employees. The situation is beginning to get so bad in this area that we are afraid of the employees taking matters into their own hands if something is not done to prevent that from happening.

The committee appreciates your efforts in this matter. We would also appreciate a response to the actions the Carrier will take in this situation.

Respectfully yours,

*Mark H. Cook*

Mark H. Cook
Asst. General Chairperson
UTU GCA 898


Cc: S.R. Budzina/R.J. Kuhn