

Figure A



Figure B



Figure C



Figure D



Figure E



Figure F



Figure G



Figure H



Figure I



Figure J



Figure K



Figure L



Figure M