IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, )<br><br>*Plaintiff,* )<br>v. )<br>)<br>NORFOLK SOUTHERN RAILWAY CO. )<br>and NORFOLK SOUTHERN CORP., )<br>)<br>*Defendants.* ) | Civil Action No. 1:05CV01188<br>Judge Richard W. Roberts |

## DEFENDANTS' ERRATA TO DECLARATION EXHIBIT

Defendants Norfolk Southern Railway Company ("NSR") and Norfolk Southern Corporation, through undersigned counsel, hereby advise the Court of an error in Exhibit 10 to the Second Declaration of Harold R. Mobley, filed August 26, 2005.

Mobley Declaration Exhibit 10 is a table summarizing certain information related to complaints and incidents reported to NSR's Labor Relations Department. The exhibit is described in paragraph 10 of the Second Mobley Declaration and was the subject of certain testimony on cross-examination at the August 30, 2005 hearing on plaintiff's application for a preliminary injunction.

As explained in the accompanying Third Declaration of Harold R. Mobley, a typographical error was made in the preparation of Exhibit 10. The first entry in the "Date of Complaint" column corresponding to the first item in Exhibit 10 reads "03/27/05"; the entry should read "02/27/05." The complaint to which this entry refers was communicated in a February 27, 2005 letter, a copy of which is submitted as Mobley Declaration Exhibit 27. In answering one of the cross-examination questions posed to him at the August 30, 2005 hearing

(Transcript at 129, l. 21), Mr. Mobley relied on the date reflected in the exhibit, without realizing that it was in error.

Defendants regret any inconvenience caused by this error.

Respectfully submitted,

*Mark E. Martin*

Jeffrey S. Berlin (D.C. Bar #200048)
Krista L. Edwards (D.C. Bar #421537)
Mark E. Martin (D.C. Bar #373445)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8178
jberlin@sidley.com
kedwards@sidley.com
mmartin@sidley.com

*Attorneys for Defendants Norfolk Southern Railway Company and Norfolk Southern Corporation*

September 28, 2005