IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN,<br><br>             *Plaintiff,*<br>v.<br><br>NORFOLK SOUTHERN RAILWAY CO. and NORFOLK SOUTHERN CORP.,<br><br>             *Defendants.* | Civil Action No. 1:05CV01188<br>Judge Richard W. Roberts |

### THIRD DECLARATION OF HAROLD R. MOBLEY

HAROLD R. MOBLEY deposes and says:

1. I am the same Harold R. Mobley who provided declarations, dated June 29, 2005 and August 24, 2005, on behalf of defendants Norfolk Southern Railway Company ("NSR") and Norfolk Southern Corporation. I also provided live testimony on behalf of defendants at the August 30, 2005 hearing.

2. The purpose of this third declaration is to correct an error in the document previously submitted as Mobley Declaration Exhibit 10 (filed August 26, 2005). I described Mobley Declaration Exhibit 10 as follows in paragraph 10 of my second declaration:

> In order to illustrate this pattern, we have prepared a table (attached hereto as Mobley Declaration Exhibit 10) listing the campaign-related complaints and incidents reported to Labor Relations since late February 2005, when we began receiving complaints about BLET and UTU solicitation activities. Exhibit 10 summarizes this information in table format, indicating the location and nature of the alleged incident, and, in most cases, identifying the individuals involved and, as applicable, the union (BLET or UTU) that notified NSR of the complaint. The table is arranged in chronological order based on the date of the initial complaint or report and is current through August 19, 2005. Exhibit 10 was drafted by my staff for use in this case, based on records maintained by NSR in

the ordinary course of business (supplemented, in some cases, by personal recollections of the underlying complaint or incident).

3. I was questioned about Mobley Declaration Exhibit 10 at the August 30, 2005 hearing. In answering one of the questions posed to me on cross-examination, I made reference to the first entry in Exhibit 10, related to an alleged altercation, and specifically, to the date reflected on the exhibit. Relying on the entry "03/27/05" in the "Date of Complaint" column corresponding to the first item on the exhibit, I read the date as "March 27th." (The exchange is reflected in the hearing transcript, beginning at line 25 on page 127; my reference to the date of the first entry begins at line 20 on page 129.)

4. I did not realize at the time that a typographical error had been made in the exhibit. The first date in Mobley Declaration Exhibit 10 should have read "02/27/05," not "03/27/05." By way of documentation, I am submitting (as Mobley Declaration Exhibit 27) a copy of a February 27, 2005 letter (from Robert Utley to J. H. Friedman), setting forth the complaint that is referenced in the first item on Mobley Declaration Exhibit 10.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of September, 2005.

*Harold R. Mobley*
Harold R. Mobley