Randy Utley
RR4 Box 178
Princeton, IN 47570

February 27, 2005

Mr. J.H. Friedman
Superintendent, Illinois Division
Norfolk Southern Corporation, Western Division
1735 East Condit Street
Decatur, Ill

Dear MR. Friedman,

The following incident has prompted me to inform you of conduct by employee Mike Beloat toward myself while both of us were on duty at the Princeton yard office crew room on FEB.25,2005.
    After reporting for duty to the crew room I observed a inappropriate piece of paper concerning representation material, there was no identification on the paper to identify ownership at this time I gave the paper to trainmaster Allen and informed him this was not in line with NS policy.
    After returning to the crew room in the span of five to ten minutes I was approached by Mr. Beloat as he began to curse and use derogatory language directed toward me, at this time as I stood to exit the room I informed Beloat not to call me the insulting name again at this time he put his right hand on me and I directed him to not touch me, while I was still trying to exit the room Mr. Beloat blocked my path in the doorway, after advising him twice of this he decide to let me exit.
    In accordance with the NS rulebook I was cursed at, assaulted, detained and feared for my safety, and now MR FREIDMAN as a company official it falls on you to see that this does not happen again and that proper steps are taken. Your handling of this matter would be appreciated.

Sincerely,


Randy Utley
Local chairman UTU-E

Mobley Decl. Ex. 27