UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF ENGINEERS AND TRAINMEN, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:05cv01188 (RWR) ) |
| NORFOLK SOUTHERN RAILWAY CO. and NORFOLK SOUTHERN CORP., | ) ) ) ) |
| Defendants. | ) ) ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

On August 30, 2005, the Court entered a Minute Order setting post-preliminary injunction memorandums of law and response to dispositive motions due on October 3, 2005, and any reply to dispositive motions due on October 13, 2005. Having obtained the consent of Counsel for the Defendants, Plaintiff Brotherhood of Engineers and Trainmen ("BLET") moves the Court for an enlargement of time by one day in which to submit the referenced filings. Accordingly, memorandums of law and responses to dispositive motions would be due on October 4, 2005, and any reply to dispositive motions due on October 14, 2005. No previous extensions have been requested in this matter.

Dated: October 3, 2005                    Respectfully submitted,

/s/ Joshua D. McInerney
Joshua D. McInerney (D.C. Bar# 479471)
Roland P. Wilder, Jr. (D.C. Bar# 69609)
Baptiste & Wilder, P.C.
1150 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036
(202) 223-0723
(202) 223-9677 Fax

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF ENGINEERS AND TRAINMEN, ) ) ) Plaintiff, ) ) v. ) ) NORFOLK SOUTHERN RAILWAY CO. and ) NORFOLK SOUTHERN CORP., ) ) Defendants. ) ) | Civil Action No. 1:05cv01188 (RWR) |

## ORDER

This matter having come before the Court upon Motion for Enlargement of Time, filed by Plaintiff Brotherhood of Locomotive Engineers and Trainman, and having been consented to by Defendants;

IT IS HEREBY ORDERED that Response to Dispositive Motions and legal memoranda are due by October 4, 2005, and Reply to Dispositive Motions is due by October 14, 2005.

Dated:_____        _____
                                                                          United States District Judge