UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NORFOLK SOUTHERN RAILWAY CO. and  )<br>NORFOLK SOUTHERN CORP.,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 1:05cv01188 (RWR) |

**ORDER**

This matter having come before the Court on Defendants Norfolk Southern Railway Company and Norfolk Southern Railway Corporation's Motion to Dismiss or, in the Alternative, For Judgment on the Pleadings, and the Court having considered the opposition of the plaintiffs, the arguments of counsel, the full record in this cause, and being fully advised in the premises;

IT IS HEREBY ORDERED that defendants' Motion to Dismiss or, in the Alternative, Motion for Judgment on the Pleadings be and hereby is DENIED in its entirety.

Dated: _____                                          _____
                                                                                         United States District Judge