IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN,<br><br>*Plaintiff*,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY CO. and NORFOLK SOUTHERN CORP.,<br><br>*Defendants*. | Civil Action No. 1:05cv01188 (RWR)<br>Judge Richard W. Roberts |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., the parties hereby stipulate to the dismissal of this civil action without prejudice, each party to bear its own costs, including attorneys' fees.

Respectfully submitted,

*/s/ Roland P. Wilder, Jr.*

Roland P. Wilder, Jr. (D.C. Bar No. 69609)
Baptiste & Wilder, P.C.
1150 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20036
(202) 223-0723

*Attorney for Plaintiff Brotherhood of Locomotive Engineers and Trainmen*

*/s/ Jeffrey S. Berlin*

Jeffrey S. Berlin (D.C. Bar No. 200048)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8178

*Attorney for Defendants Norfolk Southern Railway Company and Norfolk Southern Corporation*